M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
**CLAYEO C. ARNOLD,**
 **A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile:  (916) 924-1829
Aberry@justice4you.com
Gharoutunian@justice4you.com

BETSY C. MANIFOLD (SBN 182450)
RACHELE R. BYRD (SBN 190634)
ALEX J. TRAMONTANO (SBN 276666)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BOWDLE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>     v.<br><br>KING'S SEAFOOD COMPANY, LLC,<br><br>        Defendant. | Case No. 8:21-cv-01784-CJC-JDE<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Cormac J. Carney |

1    PLEASE TAKE NOTICE THAT:

2    On April 29, 2022, after extensive negotiations, Plaintiff Jonathan Bowdle and

3 Defendant King's Seafood Company, LLC (the "Parties"), reached a class action

4 settlement in principle.

5    The Parties are now focusing on expeditiously preparing the Settlement

6 Agreement, and the timely filing of a Motion for Preliminary Approval, including the

7 supporting materials for that filing. The Parties anticipate the filing of a Motion for

8 Preliminary Approval on or before June 30, 2022.

9

10 Dated: April 29, 2022

**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**

11

12

13    By: /s/ *M. Anderson Berry*
     M. ANDERSON BERRY (SBN

14    262879)
     GREGORY HAROUTUNIAN (SBN

15    330263)
     865 Howe Avenue

16    Sacramento, CA 95825
     Telephone: (916) 239-4778

17    Facsimile:  (916) 924-1829
     Aberry@justice4you.com

18    Gharoutunian@justice4you.com

19    BETSY C. MANIFOLD (SBN
     182450)

20    RACHELE R. BYRD (SBN 190634)
     ALEX J. TRAMONTANO (SBN

21    276666)
     **WOLF HALDENSTEIN ADLER**

22     **FREEMAN & HERZ LLP**
     750 B Street, Suite 1820

23    San Diego, CA 92101
     Telephone: (619) 239-4599

24    Facsimile: (619) 234-4599
     manifold@whafh.com

25    byrd@whafh.com
     tramontano@whafh.com

26

27    *Attorneys for Plaintiff and the
     Proposed Class*

28