1  M. ANDERSON BERRY (SBN 262879)
   GREGORY HAROUTUNIAN (SBN 330263)
2  **CLAYEO C. ARNOLD,**
   **A PROFESSIONAL LAW CORP.**
3  865 Howe Avenue
   Sacramento, CA 95825
4  Telephone: (916) 239-4778
   Facsimile:  (916) 924-1829
5  Aberry@justice4you.com
   Gharoutunian@justice4you.com
6
   BETSY C. MANIFOLD (SBN 182450)
7  RACHELE R. BYRD (SBN 190634)
   ALEX J. TRAMONTANO (SBN 276666)
8  **WOLF HALDENSTEIN ADLER**
   **FREEMAN & HERZ LLP**
9  750 B Street, Suite 1820
   San Diego, CA 92101
10 Telephone: (619) 239-4599
   Facsimile: (619) 234-4599
11 manifold@whafh.com
   byrd@whafh.com
12 tramontano@whafh.com

13 *Attorneys for Plaintiff and the Proposed Class*

14

15               UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17

18 JONATHAN BOWDLE, individually          Case No. 8:21-cv-01784-CJC-JDE
19 and on behalf of all others similarly
   situated,
20                                         **STIPULATION AND [PROPOSED]**
            Plaintiff,                     **ORDER STAYING DEADLINES**
21                                         **PENDING FINAL APPROVAL OF**
       v.                                  **SETTLEMENT**
22
23 KING'S SEAFOOD COMPANY, LLC,            *DECLARATION OF M. ANDERSON*
                                           *BERRY AND [PROPOSED] ORDER*
24          Defendant.                     *SUBMITTED HEREWITH*
25
26                                         Judge: Hon. Cormac J. Carney
27
28

                                        1          STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff in this class action and King's Seafood Company, LLC ("Defendant" and with Plaintiff the "Parties"), through their designated counsel, as follows:

WHEREAS, Plaintiff Jonathan Bowdle, individually and on behalf of all others similarly situated, filed a class action complaint against Defendant on or around October 27, 2021;

WHEREAS, the Court issued a Notice of Intent on March 1, 2022, notifying the parties that the Court would enter a Scheduling Order on June 2, 2022, and that the parties were to meet and confer and file a report consistent with the Notice of Intent and in accord with Federal Rule of Civil Procedure 26(f) and Local Rule 26-1. *See* ECF No. 18;

WHEREAS, Defendant filed a motion to dismiss (ECF No. 16), which currently is pending before the Court. Pursuant to stipulation of the Parties, the Court entered an Order continuing the hearing date on the motion from May 2, 2022 to May 23, 2022. *See* ECF No. 22. Relatedly, the Court ordered Plaintiff to oppose the motion to dismiss by May 2, 2022, and Defendant to reply by May 9, 2022. *Id.* The hearing on the motion is currently set for May 23, 2020. *Id.*;

WHEREAS, the Parties filed the above-referenced stipulation (ECF No. 19), because they had been in substantive and productive settlement negotiations. *Id.*;

WHEREAS, on April 29, 2022, and pursuant to Local Rule 16-15.7, the Parties notified the Court, via email to Judge Carney's Courtroom Deputy, that they have reached a settlement in principle;

WHEREAS, the Parties are focusing on timely memorializing the settlement in a settlement Agreement pursuant to Local Rule 16-15.7. The Plaintiff also is focusing on a Motion for Preliminary Approval, and supporting materials for that filing;

NOW, THEREFORE, considering the settlement in principle reached by the Parties, they, through their respective counsel of record, STIPULATE TO AND

1    RESPECTFULLY REQUEST that the Court (i) stay this action, except for Plaintiff's

2    motions for preliminary and final approval of the settlement and any deadlines

3    connected thereto, and (ii) set a deadline for the filing of Plaintiff's Motion for

4    Preliminary Approval for sixty (60) days after entry of an Order approving this

5    stipulation.

6            IT IS SO STIPULATED.

7

8    DATED: April 29, 2022            CLAYEO C. ARNOLD,
                                         A PROFESSIONAL LAW CORP.
9

10

11                                    By:  /s/ M. Anderson Berry
                                          M. Anderson Berry
12                                        Rachele R. Byrd
                                          WOLF HALDENSTEIN ADLER
13                                         FREEMAN & HERZ LLP
14
                                          *Attorneys for Plaintiff JONATHAN*
15                                        *BOWDLE*
16

17
     DATED: April 29, 2022            LEWIS BRISBOIS BISGAARD & SMITH LLP
18

19
                                      By:  /s/ Jon P. Kardassakis
20                                        Jon P. Kardassakis

21
                                          *Attorney for Defendant KING'S SEAFOOD*
22                                        *COMPANY, LLC*

23

24

25

26

27

28

                                      3            STIPULATION AND [PROPOSED] ORDER

1

**<u>Certification of Compliance with C.D. Cal. L.R. 5-4.3.4</u>**

2     I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the

3     authorization from the above signatories representing Plaintiff to file the above-

4     referenced document, and that the above signatories concur in the filing's content.

5     I certify under penalty of perjury under the laws of the United States of

6     America that the foregoing is true and correct.

7

8     DATED: April 29, 2022          **CLAYEO C. ARNOLD,**
                                      **A PROFESSIONAL LAW CORP.**

9

10

11                                   By:  */s/ M. Anderson Berry*
                                          M. Anderson Berry
12

13                                        *Attorney for Plaintiff JONATHAN*
                                          *BOWDLE*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28