M. ANDERSON BERRY (SBN 262879)
GREGORY HAROUTUNIAN (SBN 330263)
**CLAYEO C. ARNOLD,**
 **A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
Aberry@justice4you.com
Gharoutunian@justice4you.com

BETSY C. MANIFOLD (SBN 182450)
RACHELE R. BYRD (SBN 190634)
ALEX J. TRAMONTANO (SBN 276666)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BOWDLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KING'S SEAFOOD COMPANY, LLC,<br><br>Defendant. | Case No. 8:21-cv-01784-CJC-JDE<br><br>**DECLARATION OF M. ANDERSON BERRY IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER STAYING DEADLINES PENDING FINAL APPROVAL OF SETTLEMENT**<br><br>Judge: Hon. Cormac J. Carney |

       I, M. Anderson Berry, being competent to testify, make the following declaration based on my personal knowledge, and where stated, upon information and belief, I declare:

1. I have been licensed to practice law in the state of California since 2009. I am admitted to practice in the U.S. District Courts for Northern, Eastern and Central Districts of California, the Northern District of Illinois, the Eastern District of Michigan and the Southern District of Indiana. I submit this declaration in support of the Stipulation and [Proposed] Order Staying Deadlines Pending Final Approval of Settlement.

2. Plaintiff Jonathan Bowdle and King's Seafood Company, LLC ("Defendant" and with Plaintiff the "Parties"), through their designated counsel, stipulated on April 29, 2022 as follows:

3. Plaintiff Jonathan Bowdle, individually and on behalf of all others similarly situated, filed a class action complaint against Defendant on or around October 27, 2021.

4. The Court issued a Notice of Intent on March 1, 2022, notifying the parties that the Court would enter a Scheduling Order on June 2, 2022, and that the parties were to meet and confer and file a report consistent with the Notice of Intent and in accord with Federal Rule of Civil Procedure 26(f) and Local Rule 26-1. *See* ECF No. 18.

5. Defendant filed a motion to dismiss (ECF No. 16), which currently is pending before the Court.

6. Pursuant to stipulation of the Parties, the Court entered an Order continuing the hearing date on the motion from May 2, 2022 to May 23, 2022. *See* ECF No. 22.

7. The Court ordered Plaintiff to oppose the motion to dismiss by May 2, 2022, and Defendant to reply by May 9, 2022. *Id.* The hearing on the motion is

currently set for May 23, 2020. *Id.*

8. The Parties filed the above-referenced stipulation (ECF No. 19), because they had been in substantive and productive settlement negotiations. *Id.*

9. On April 29, 2022, and pursuant to Local Rule 16-15.7, the Parties notified the Court, via email to Judge Carney's Courtroom Deputy, that they have reached a settlement in principle.

10. The Parties are focusing on timely memorializing the settlement in a settlement Agreement pursuant to Local Rule 16-15.7. The Plaintiff also is focusing on a Motion for Preliminary Approval, and supporting materials for that filing.

11. Considering the settlement in principle reached by the Parties, they, through their respective counsel of record, STIPULATE TO AND RESPECTFULLY REQUEST that the Court: (i) stay this action, except for Plaintiff's motions for preliminary and final approval of the settlement and any deadlines connected thereto, and (ii) set a deadline for the filing of Plaintiff's Motion for Preliminary Approval for sixty (60) days after entry of an Order approving this stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of April 2022 in Sacramento, California.

Dated: April 29, 2022

By: _____
M. Anderson Berry