M. ANDERSON BERRY (SBN 262879)
GREGORY HAROUTUNIAN (SBN 330263)
**CLAYEO C. ARNOLD,**
 **A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile:  (916) 924-1829
Aberry@justice4you.com
Gharoutunian@justice4you.com

BETSY C. MANIFOLD (SBN 182450)
RACHELE R. BYRD (SBN 190634)
ALEX J. TRAMONTANO (SBN 276666)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BOWDLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KING'S SEAFOOD COMPANY, LLC,<br><br>Defendant. | Case No.: 8:21-cv-01784-CJC-JDE<br><br>**[PROPOSED] ORDER ON STIPULATION STAYING DEADLINES PENDING FINAL APPROVAL OF SETTLEMENT**<br><br>Judge: Hon. Cormac J. Carney |

The Court, having reviewed the Parties' Stipulation and [Proposed] Order Staying Deadlines Pending Final Approval of Settlement, and good cause appearing, hereby ORDERS as follows:

Given the settlement in principle reached by the Parties, this action is stayed, except for Plaintiffs' motions for preliminary approval, attorneys' fees and expenses, and final approval of the settlement, and any deadlines connected thereto. Plaintiff shall file its motion for preliminary approval of the settlement within sixty (60) days of entry of this Order.

**IT IS SO ORDERED.**

DATED: _____   _____
HON. CORMAC J. CARNEY