**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BOWDLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KING'S SEAFOOD COMPANY, LLC,<br><br>Defendant. | Case No.: 8:21-cv-01784-CJC-JDE<br><br>**ORDER ON STIPULATION STAYING DEADLINES PENDING FINAL APPROVAL OF SETTLEMENT**<br><br>Judge: Hon. Cormac J. Carney |

1  The Court, having reviewed the Parties' Stipulation and [Proposed] Order
2  Staying Deadlines Pending Final Approval of Settlement, and good cause appearing,
3  hereby ORDERS as follows:
4  Given the settlement in principle reached by the Parties, this action is stayed,
5  except for Plaintiffs' motions for preliminary approval, attorneys' fees and expenses,
6  and final approval of the settlement, and any deadlines connected thereto.  Plaintiff
7  shall file its motion for preliminary approval of the settlement within sixty (60) days
8  of entry of this Order.
9  The Defendant's Motion to Dismiss [16] hearing set for **May 23, 2022, at 1:30**
10 **p.m.** is hereby vacated and off calendar.

13  **IT IS SO ORDERED.**

15  DATED: May 2, 2022

    _____
    HON. CORMAC J. CARNEY