1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BOWDLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KING'S SEAFOOD COMPANY, LLC,<br><br>Defendant. | Case No.: 8:21-cv-01784-CJC-JDE<br><br>**ORDER ON STIPULATION CONTINUING STAY OF DEADLINES PENDING FINAL APPROVAL OF SETTLEMENT**<br><br>JUDGE: HON. CORMAC J. CARNEY |

1    The Court, having reviewed the Parties' Stipulation and [Proposed] Order
2 Continuing Stay of Deadlines Pending Final Approval of Settlement, and good cause
3 appearing therefore, hereby ORDERS as follows:
4    Given the settlement in principle reached by the Parties, the deadline for
5 Plaintiff's Motion for Preliminary Approval is hereby continued to thirty (30) days
6 after entry of this Order.

8    **IT IS SO ORDERED.**

10   DATED: June 30, 2022
             _____
11                       HON. CORMAC J. CARNEY