M. Anderson Berry (SBN 262879)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile:  (916) 924-1829
aberry@justice4you.com

BETSY C. MANIFOLD (SBN 182450)
RACHELE R. BYRD (SBN 190634)
ALEX J. TRAMONTANO (SBN 276666)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BOWDLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KING'S SEAFOOD COMPANY, LLC,<br><br>Defendant. | Case No. 8:21-cv-01784-CJC-JDE<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STAY OF DEADLINES PENDING FINAL APPROVAL OF SETTLEMENT**<br><br>JUDGE:  HON. CORMAC J. CARNEY |

IT IS HEREBY STIPULATED, by and between Plaintiff Jonathan Bowdle ("Plaintiff") in this class action and King's Seafood Company, LLC ("Defendant," and, together with Plaintiff, the "Parties"), through their designated counsel, as follows:

1. WHEREAS, Plaintiff, individually and on behalf of all others similarly situated, filed a class action complaint against Defendant on or around October 27, 2021;

WHEREAS, the Court issued a Notice of Intent on March 1, 2022, notifying the Parties that the Court would enter a Scheduling Order on June 2, 2022, and that the Parties were to meet and confer and file a report consistent with the Notice of Intent and in accord with Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, *see* ECF No. 18;

WHEREAS, Defendant filed a Motion to Dismiss ("MTD") (ECF No. 16);

WHEREAS, the Parties had been engaged in substantive and productive settlement negotiations and filed a stipulation (ECF No. 19) to continue the hearing date on the MTD;

WHEREAS, on April 11, 2022, the Court entered an Order (1) continuing the hearing date on the MTD from May 2, 2022 to May 23, 2022; (2) setting a deadline of May 2, 2022 for Plaintiff to oppose the MTD; and (3) setting a deadline of May 9, 2022 for Defendant to file a reply (ECF No. 22);

WHEREAS, on April 29, 2022, and pursuant to Local Rule 16-15.7, the Parties notified the Court, via email to Judge Carney's Courtroom Deputy, that they have reached a settlement in principle. The Parties concurrently filed a stipulation (ECF No. 23-1) to (i) stay this action, except for Plaintiff's motions for preliminary and final approval of the settlement and any deadlines connected thereto and (ii) set a deadline for the filing of Plaintiff's Motion for Preliminary Approval for sixty (60) days after entry of an Order approving their stipulation;

WHEREAS, on May 2, 2022, the Court ordered (1) this action stayed, except for Plaintiff's motions for preliminary approval, attorney's fees and expenses, and final approval of the settlement, and deadlines connected thereto; (2) Plaintiff to file its motion for preliminary approval of the settlement ("MPA") within sixty (60) days

of entry of the Order; and (3) the MTD hearing set for May 23, 2022 vacated, *see* ECF No. 24;

    WHEREAS, on June 29, 2022, the Parties filed the first Stipulation to Continue Stay of Deadlines Pending Final Approval of Settlement for thirty (30) days (ECF No. 25) and the Court granted the Stipulation on June 30, 2022 (ECF No. 26);

    WHEREAS, the MPA filing is currently due by August 1, 2022;

    WHEREAS, the Parties have memorialized the settlement in a Settlement Agreement pursuant to Local Rule 16-15.7 and are finalizing the exhibits and working with the claims administrator on final details concerning the MPA;

    NOW, THEREFORE, considering the settlement in principle reached by the Parties, they, through their respective counsel of record, STIPULATE TO AND RESPECTFULLY REQUEST that the Court (i) continue to stay this action; and (ii) continue the deadline for filing the MPA to 7 days after entry of an Order approving this stipulation.

    IT IS SO STIPULATED.

DATED: July 28, 2022        CLAYEO C. ARNOLD,
                                      A PROFESSIONAL LAW CORP.

                                      By: */s/ M. Anderson Berry*
                                            M. Anderson Berry
                                            Attorney for Plaintiff
                                            JONATHAN BOWDLE

DATED: July 28, 2022        LEWIS BRISBOIS BISGAARD & SMITH LLP

                                      By: */s/ Jon P. Kardassakis*
                                            Jon P. Kardassakis
                                            Attorney for Defendant
                                            KING'S SEAFOOD COMPANY, LLC

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatories representing Plaintiff to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 28, 2022			CLAYEO C. ARNOLD,
					A PROFESSIONAL LAW CORP.


					By: */s/ M. Anderson Berry*
					      M. Anderson Berry
					      Attorney for Plaintiff
					      JONATHAN BOWDLE