# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BOWDLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KING'S SEAFOOD COMPANY, LLC,<br><br>Defendant. | Case No.: 8:21-cv-01784-CJC-JDE<br><br>ORDER GRANTING STIPULATION CONTINUING STAY OF DEADLINES PENDING FINAL APPROVAL OF SETTLEMENT<br><br>JUDGE: HON. CORMAC J. CARNEY |

1  The Court, having reviewed the Parties' Stipulation and [Proposed] Order
2  Continuing Stay of Deadlines Pending Final Approval of Settlement, and good cause
3  appearing therefore, hereby ORDERS as follows:
4  Given the settlement in principle reached by the Parties, the deadline for
5  Plaintiff's Motion for Preliminary Approval is hereby continued to **August 11, 2022**.

7  **IT IS SO ORDERED.**

9  DATED: August 5, 2022

10  HON. CORMAC J. CARNEY
   UNITED STATES DISTRICT COURT JUDGE