# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BOWDLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KING'S SEAFOOD COMPANY, LLC,<br><br>Defendant. | Case No.: 8:21-cv-01784-CJC-JDE<br><br>**ORDER GRANTING STIPULATION CONTINUING STAY OF DEADLINES PENDING FINAL APPROVAL OF SETTLEMENT**<br><br>JUDGE: HON. CORMAC J. CARNEY |

1 | The Court, having reviewed the Parties' Stipulation and [Proposed] Order Continuing Stay of Deadlines Pending Final Approval of Settlement, and good cause appearing therefore, hereby ORDERS as follows:

Given the settlement in principle reached by the Parties, the deadline for Plaintiff's Motion for Preliminary Approval is hereby continued to **August 26, 2022**.

**IT IS SO ORDERED.**

DATED: August 11, 2022

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE