M. ANDERSON BERRY (262879)
GREGORY HAROUTUNIAN (330263)
**CLAYEO C. ARNOLD,**
 **A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff and Settlement Class Counsel*

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BOWDLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KING'S SEAFOOD COMPANY, LLC,<br><br>Defendant. | Case No. 8:21-cv-01784-CJC-JDE<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hrg. Date:  Feb. 13, 2023<br>Time:        1:30 p.m.<br>Ct. Rm:     9B<br>Judge:       Hon. Cormac J. Carney |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE THAT** on February 13, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Cormac J. Carney, United States District Court for the Central District of California, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9 B, Santa Ana, CA, 92701-4516, Plaintiff Jonathan Bowdle ("Plaintiff"), on behalf of himself and all others similarly situated, will and hereby does move for an order finally approving the class action settlement entered into between Plaintiff and King's Seafood Company, LLC.

This Motion is based on this Notice and supported by the Memorandum of Points and Authorities, the Declarations of M. Anderson Berry, Rachele R. Byrd, Bryn Bridley, Richard Fiore, and Gerald Thompson and all exhibits thereto, the Class Action Complaint, the Amended Settlement Agreement and all other pleadings and papers on file in this action. Plaintiff respectfully requests that the Court grant the relief requested in the [Proposed] Final Approval Order and Judgment submitted herewith.

This motion is unopposed and is made following the conference of counsel pursuant to L.R. 7-3 which took place during settlement negotiations on numerous dates beginning on or about December 21, 2021 and concluding on August 4, 2022.

DATED: January 16, 2023          Respectfully Submitted,

*/s/ M. Anderson Berry* _____

M. Anderson Berry (262879)
Gregory Haroutunian (330263)
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

|     |     |
| --- | --- |
| 1   | Betsy C. Manifold (182450) |
| 2   | Rachele R. Byrd (190634) |
|     | Alex J. Tramontano (276666) |
| 3   | **WOLF HALDENSTEIN ADLER** |
|     | **FREEMAN & HERZ LLP** |
| 4   | 750 B Street, Suite 1820 |
|     | San Diego, CA 92101 |
| 5   | Telephone: (619) 239-4599 |
|     | Facsimile: (619) 234-4599 |
| 6   | manifold@whafh.com |
|     | byrd@whafh.com |
| 7   | tramontano@whafh.com |
| 8   |     |
| 9   | *Attorneys for Plaintiff and Settlement Class Counsel* |