M. ANDERSON BERRY (262879)
GREGORY HAROUTUNIAN (330263)
**CLAYEO C. ARNOLD,**
 **A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile:  (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff and Settlement Class Counsel*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BOWDLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KING'S SEAFOOD COMPANY, LLC,<br><br>Defendant. | Case No.: SACV 21-01784-CJC (JDEx)<br><br>**DECLARATION OF BRYN BRIDLEY ON NOTICE AND SETTLEMENT ADMINISTRATION**<br><br>Hrg. Date:  Feb. 13, 2023<br>Time:       1:30 p.m.<br>Ct. Rm:    9B<br>Judge:      Hon. Cormac J. Carney |

I, BRYN BRIDLEY, declare as follows:

1.     I am the Director of Project Management at Atticus Administration, LLC ("Atticus"), a firm providing class action and claims administration services. I have extensive experience with class action notice, claims processing, and settlement administration. I am fully familiar with the facts contained herein based upon my personal knowledge and involvement in this matter.

2.     Atticus is the Court-appointed Claims Administrator for the above-captioned action and is responsible for carrying out the terms of the Settlement Agreement as approved by the Court in the *Amended Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement [Dkt. 33]* ("Preliminary Approval Order") dated October 19, 2022.

3.     I submit this Declaration to inform the Parties and the Court of the settlement administration activities completed to-date. This Declaration describes: (i) sending CAFA notice, (ii) the methods used to disseminate Notice to the Settlement Class, (iii) the Settlement website and toll-free information line, (iv) the receipt and processing of exclusion requests and objections, (v) the settlement reminder email, (vi) receipt and verification of Claim Forms, and (vii) settlement administration costs.

## I.     CAFA NOTICE

4.     In accordance with the Class Action Fairness Act, U.S.C § 1715 ("CAFA"), Atticus mailed notice of the proposed settlement to 30 state Attorneys General and the federal Attorney General via U.S. Priority Mail on October 13, 2022. Each CAFA packet included an explanatory letter from Atticus as the "Office of the Claims Administrator," and a CD-ROM enclosure that contained the Class Action Complaint, Declaration of Rachele R. Byrd and M. Anderson Berry in Support of Motion for Preliminary Approval of Class Action Settlement, Settlement Agreement with exhibits, Unopposed Motion for Preliminary

Approval and corresponding Court order, Class List information, and a distribution report by State. A copy of the letter is attached hereto as **Exhibit A**.

**II.** **CLASS NOTICE**

5. On October 12, 2022, Atticus received four (4) data files containing the names and applicable mail and/or email addresses of 2,960 individuals residing in the United States to whom Defendant or its authorized representative sent a notice concerning the 2021 Data Security Incident announced by Defendant ("Class Members," "Settlement Class," or "Class List"). Atticus consolidated and reviewed the files. Two (2) duplicate records were removed, and the final Class List included 2,958 unique Class Member records.

6. On October 21, 2022, Atticus caused a Postcard Notice of the proposed settlement to be sent by U.S. first class mail to 2,956 Class Members. Two (2) additional Class Members for whom mailing addresses were not provided were sent notice of the settlement by email. True and correct copies of the Postcard Notice, and email notice, are attached hereto as **Exhibit B**.

7. Of the 2,956 Postcard Notices sent by mail, 552 were returned to Atticus as undeliverable and without forwarding address information. Five hundred fifty-two (552) of the undeliverable records were sent to a professional service for address tracing and 323 address updates were obtained. Postcard Notices were promptly mailed to the new addresses. New addresses were not found for the other 228 records sent to trace. Twenty-three (23) of the remailed Postcard Notices were returned to Atticus a second time and one (1) record was not sent to trace because the notice was returned after the Class Member response deadline. Thus, 2,704 Postcard Notices or 91.47% of the mailed pieces were successfully sent.

/ / /

/ / /

-2-

### III.  SETTLEMENT WEBSITE AND TOLL-FREE INFORMATION LINE

8.     Atticus purchased the URL and established the content located at www.kingsseafoodclassactionsettlement.com as the settlement website for this action. The URL address was included in the notice and the front-end message on the toll-free settlement information line. The website was launched on October 21, 2022, in connection with the notice distribution and has remained accessible and operational since that time. The website includes answers to frequently asked questions, access to viewable, printable and downloadable copies of the Long Form Notice, Claim Form, and several other settlement documents filed with the Court, a summary of the key dates and deadlines in the settlement, and contact information for Atticus. The website also includes an online Claim Form, a place for Class Members to upload supplemental Claim Form documentation, and a way to submit contact information updates. The website content can be viewed in English and Spanish, and the "Long Notice" and Claim Form can be viewed and downloaded in both languages as well. The website has received 6,575 visits since its inception. A copy of the Long Notice and the Claim Form as they appear on the Settlement Website are attached hereto as **Exhibit C**.

9.     Atticus secured the toll-free telephone number at 1-888-232-9896 as the settlement line for this matter. The telephone number was activated on October 21, 2022, in connection with the Postcard Notice mailing and has remained operational since that time. The settlement line is answered by Atticus' live customer support specialists during normal business hours of 8:00 a.m. to 4:00 p.m., Monday through Friday. Class Members who call the toll-free line after hours or when a specialist is unavailable during covered hours are provided the option to leave a voicemail message and promptly receive a return call from the support team. The settlement line has received 14 calls to-date.

## IV.   EXCLUSION REQUESTS AND OBJECTIONS

10.   Class Members who did not wish to be bound by the terms of the Settlement had until December 21, 2022, to postmark a request for exclusion. Atticus did not receive any exclusion requests in this matter. Class Members also had until December 21, 2022, to file an objection to the Settlement's terms. Atticus did not receive any Settlement objections.

## V.   CLAIM FORM DEADLINE REMINDER

11.   On December 29, 2022, Atticus sent a reminder of the Settlement by email to 1,633 Class Members who had not yet submitted Claim Forms and for whom email addresses were included in the Class List. The email provided recipients with information about the Settlement, access to the Settlement website, and their Settlement Claim ID as required for filing an online claim. The reminder notice was not required by the preliminary approval order but was sent to further encourage Class Members to submit a claim.  A true and correct copy of the language contained in the email reminder is attached hereto as **Exhibit D**.

## VI.   CLAIM FORMS

12.   Class Members who wish to be eligible to receive monetary relief and/or two years of free identity-theft protection and monitoring services are required to submit a valid and timely Claim Form on or before January 20, 2023. As of the date of this declaration, 194 claims have been filed. Of the claims received, 67 have been deemed valid pursuant to the criteria outlined in the Claim Form, 82 are invalid because they were received from persons ineligible to submit claims, and 45 have been provided the opportunity to cure deficiencies identified in the claim submitted. Atticus will continue to receive, review, cure, and validate claims that are timely received through the January 20, 2023, postmark deadline.

## VII.   CLAIMS ADMINISTRATION COSTS

13.    The cost of notice and administration for this Settlement are estimated to be approximately $22,350.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and executed on January 13, 2023 in Mendota Heights, Minnesota.



Bryn Bridley

**EXHIBIT A**

**ATTICUS**

1250 Northland Drive      1-844-728-8428
STE 240                   info@atticusadmin.com
Mendota Heights, MN 55120  www.atticusadmin.com

October 13, 2022

**Via U.S. Priority Mail**

«First_Name» «Last_Name»
«Title»
«Address_Line_1» «Address_2»
«City» «Mail_Merge_LabelsState_1» «Zip»


Re:     **Class Action Fairness Act Notice**
        Jonathan Bowdle v. King's Seafood Company, LLC
        United States District Court, Central District of California
        Case No.: 8:21-cv-01784-CJC-JDE

Dear Sir or Madam:

Atticus Administration, LLC has been retained as the third-party Claims Administrator in the above-referenced class action lawsuit (the "Action") pending in the United States District Court, Central District of California. The parties have proposed to settle the claims asserted in the Action according to the terms of a settlement agreement which was filed with the Court on August 26, 2022.

This notice of a proposed settlement is being provided to you in accordance with the Class Action Fairness Act, 28 U.S.C. § 1715. There is no settlement or other agreement contemporaneously made between class counsel and counsel for Defendant.

The enclosed CD-ROM, the contents of which are identified below, includes all materials required under the statute.

Contents of Enclosed CD-ROM

1.  Class Action Complaint (Attachment 1)

2.  Joint Declaration of Rachele R. Byrd and M. Anderson Berry in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement  (Attachment 2), the contents of which include:

    a.  Settlement Agreement (Exhibit 1)
        i.   Claim Form (Exhibit A)
        ii.  Long Notice (Exhibit B)
        iii. Proposed Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Exhibit C)
        iv.  Short Notice (Exhibit D)
    b.  Declaration of Christopher Longley on Adequacy of Notice Plan (Exhibit 2)
        i.   Atticus Administration LLC's Curriculum Vitae (Exhibit A)
        ii.  Estimate of Administration Costs (Exhibit B)

Jonathan Bowdle v. King's Seafood Company, LLC CAFA Notice
Office of the Attorney General
October 13, 2022
Page 2

      c.   Wolf Haldenstein Firm Resume (Exhibit 3)

      d.   Arnold Law Firm Biography (Exhibit 4)

3.    Plaintiffs Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement; Memorandum of Points and Authorities (Attachment 3).

4.    Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement [Dkt. 33] (Attachment 4)

5.    A breakdown of the estimated Class Members by state of residence (Attachment 5). This breakdown will allow the respective state officials to estimate the proportionate share of claims by members of each official's state.

The terms of the proposed class-action settlement are stated in the Settlement Agreement and exhibits thereto. The Court entered written judicial opinion on the materials described in 28 U.S.C. § 1715(b)(3)–(6) in the form of the Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement on September 22, 2022. *See* Attachment 4.

If you are unable to access any of the information included on the enclosed CD, or if you have any questions regarding this notice, the proposed settlement, or the enclosed materials, please kindly contact Counsel for Defendant – Christopher H. Wood, Lewis Brisbois Bisgaard & Smith, LLP by telephone at 1 (720) 292-2056 or by email to christopher.wood@lewisbrisbois.com.

Sincerely,


Office of the Claims Administrator


Enclosures-CD ROM

**EXHIBIT B**

*A federal court ordered this Notice.*
*This is not a solicitation from a lawyer.*

**Individuals sent a notice in August 2021 from King's Seafood Company, LLC about a data security incident may be eligible for cash and other benefits from a class action Settlement.**

A Settlement has been reached in a class action against King's Seafood Company, LLC ("King's Seafood") in a lawsuit filed against King's Seafood asserting claims relating to a cyberattack during which a hacker gained access, beginning on June 4, 2021, to personally identifiable information ("PII") stored by King's Seafood ("Data Security Incident"). King's Seafood announced the Data Security Incident in August of 2021. King's Seafood denies all of the claims and says it did not do anything wrong.

KING'S SEAFOOD SETTLEMENT
C/O ATTICUS ADMINISTRATION
PO BOX 64053
ST PAUL MN 55164



**SETTLEMENT CLAIM ID**: <<claimant ID>>
<<FIRST NAME>> <<LAST NAME>>
<<ADDRESS 1>> <<ADDRESS 2>>
<<CITY> <<STATE>> <<ZIP>>

**WHAT CAN I GET?** The settlement provides two types of payments to people who submit a valid claim form.

(1) reimbursement of up to **$450** per Settlement Class Member in reimbursement for out-of-pocket expenses and lost time (up to 3 hours at **$20/hr**.) incurred as a result of the Data Security Incident; and

(2) reimbursement of up to **$3,000** in extraordinary losses incurred from identity theft fairly traceable to the Data Security Incident. The above amounts are subject to pro-ration if the total of all approved claims exceeds $350,000.

**WHO IS INCLUDED?** **You received this Notice because King's Seafood's records show you are a member of the Class.** The Class includes all residents of the United States to whom King's Seafood sent notice concerning a Data Security Incident that took place on or around June 4, 2021.

In addition to the payments listed above, the Settlement also provides all Settlement Class Members with access to Financial Shield by Aura (a.k.a. Pango) identity protection and credit monitoring services for a period of two (2) years. The commencement of protection and monitoring will begin on the Effective Date of the Settlement and will remain available for commencement for 90 days thereafter.

**CLAIM FORM.** You must submit a Claim Form to receive a cash payment for (1) documented out-of-pocket expenses incurred as a result of the Data Security Incident, (2) payment for time spent dealing with the Data Security Incident, (3) documented extraordinary losses incurred as a result of identity theft fairly traceable to the Data Security Incident, and/or (4) identity protection and credit monitoring services. You can submit a claim online or download a Claim Form at www.KingsSeafoodClassActionSettlement.com and mail it, or you may call 1-888-232-9896 and ask that a Claim Form be mailed to you. The claim filing deadline is **January 20, 2023**.

**OTHER OPTIONS**. If you do not want to be legally bound by the Settlement, you must exclude yourself by **December 21, 2022**. If you stay in the Settlement, you may object to it by **December 21, 2022**. A more detailed Notice is available to explain how to exclude yourself or object. Please visit the website at: www.KingsSeafoodClassActionSettlement.com or call the toll-free number **1-888-232-9896** for a copy of the more detailed Notice. On **February 13, 2023 at 1:30 p.m**. the Court will hold a Final Fairness Hearing to determine whether to approve the Settlement, Settlement Class Counsel's request for attorneys' fees and costs of up to $192,500, and an incentive award of $1,750 for the Settlement Class Representative. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to. This is only a summary. For more information, call or visit the website below.

**Questions? Call 1-888-232-9896 or visit www.KingsSeafoodClassActionSettlement.com**

Settlement Claim ID:

### *A federal court ordered this Notice*.
*This is not a solicitation from a lawyer.*

**Individuals sent a notice in August 2021 from King's Seafood Company, LLC about a data security incident may be eligible for cash and other benefits from a class action Settlement.**

A Settlement has been reached in a class action against King's Seafood Company, LLC ("King's Seafood") in a lawsuit filed against King's Seafood asserting claims relating to a cyberattack during which a hacker gained access, beginning on June 4, 2021, to personally identifiable information ("PII") stored by King's Seafood ("Data Security Incident"). King's Seafood announced the Data Security Incident in August of 2021. King's Seafood denies all of the claims and says it did not do anything wrong.

WHAT CAN I GET?  The settlement provides two types of **payments** to people who submit a valid claim form: (1) reimbursement of up to **$450** per Settlement Class Member in reimbursement for out-of-pocket expenses and lost time (up to 3 hours at **$20/hr**.) incurred as a result of the Data Security Incident; and

(2) reimbursement of up to **$3,000** in extraordinary losses incurred from identity theft fairly traceable to the Data Security Incident.  The above amounts are subject to pro-ration if the total of all approved claims exceeds $350,000.

WHO IS INCLUDED?  **You received this Notice because King's Seafood's records show you are a member of the Class.**  The Class includes all residents of the United States to whom King's Seafood sent notice concerning a Data Security Incident that took place on or around June 4, 2021.

In addition to the payments listed above, the Settlement also provides all Settlement Class Members with access to Financial Shield by Aura (a.k.a. Pango) identity protection and credit monitoring services for a period of two (2) years.  The commencement of protection and monitoring will begin on the Effective Date of the Settlement and will remain available for commencement for 90 days thereafter.

CLAIM FORM. You must submit a Claim Form to receive a cash payment for (1) documented out-of-pocket expenses incurred as a result of the Data Security Incident, (2) payment for time spent dealing with the Data Security Incident, (3) documented extraordinary losses incurred as a result of identity theft fairly traceable to the Data Security Incident, and/or (4) identity protection and credit monitoring services.  You can submit a claim online or download a Claim Form at www.KingsSeafoodClassActionSettlement.com and mail it, or you may call 1-888-232-9896 and ask that a Claim Form be mailed to you.  The claim filing deadline is **January 20, 2023**.

OTHER OPTIONS.  If you do not want to be legally bound by the Settlement, you must exclude yourself by **December 21, 2022**.  If you stay in the Settlement, you may object to it by **December 21, 2022**.  A more detailed Notice is available to explain how to exclude yourself or object.  Please visit the website at: www.KingsSeafoodClassActionSettlement.com or call the toll-free number **1-888-232-9896** for a copy of the more detailed Notice. On **February 13, 2023 at 1:30 p.m.** the Court will hold a Final Fairness Hearing to determine whether to approve the Settlement, Settlement Class Counsel's request for attorneys' fees and costs of up to $192,500, and an incentive award of $1,750 for the Settlement Class Representative.  You or

your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to.  This is only a summary.  For more information, call or visit the website below.

**Questions?  Call 1-888-232-9896 or visit www.KingsSeafoodClassActionSettlement.com**

**EXHIBIT C**

*Bowdle v. King's Seafood Company, LLC*, No. 8:21-cv-01784-CJC-JDE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**If your data was stored by King's Seafood as of June 2021, you may be eligible for benefits from a class action Settlement.**

*Para una notificación en Español, visitar www.KingsSeafoodClassActionSettlement.com.*

**A federal court authorized this Notice. This is not junk mail, an advertisement or a lawyer solicitation.**

- A Settlement has been proposed in a class action against King's Seafood Company, LLC ("King's Seafood") arising out of a June 2021 cyberattack during which unauthorized third parties gained access, beginning on June 4, 2021, to personally identifiable information ("PII") stored by King's Seafood ("Data Security Incident"). The computer files accessed in the Data Security Incident may have contained names, Social Security numbers, payment card information, and driver's license numbers or government-issued identification numbers.

- Plaintiff Jonathan Bowdle filed a class action on behalf of himself and those similarly situated and claims that King's Seafood was responsible for the increased risk of identity theft stemming from the Data Security Incident and asserts claims for: (i) negligence; (ii) breach of implied contract; (iii) invasion of privacy; (iv) breach of confidence; (v) unjust enrichment; (vi) violation of the Nevada Deceptive Trade Practices Act; and (vii) violation of the Nevada Data Breach Law.

- If you received a notice from King's Seafood concerning the 2021 Data Security Incident you are part of the Settlement Class and may be eligible for benefits.

- The Settlement provides reimbursement of up to **$450** for out-of-pocket expenses fairly traceable to the Data Security Incident, up to **$3,000** for documented unreimbursed extraordinary losses due to identity theft, compensation for up to three (3) hours for time spent dealing with the Data Security Incident at $20 per hour, and two (2) years of credit monitoring and identity theft protection.

- Your legal rights are affected regardless of whether you do or do not act. Read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** Deadline:  January 20, 2023 | This is the only way to receive a payment. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT** Deadline:  December 21, 2022 | Get no benefits.  This is the only option that may allow you to sue King's Seafood over the claims being resolved by this Settlement. |
| **OBJECT TO THE SETTLEMENT** Deadline: December 21, 2022 | Write the Court with reasons why you do not agree with the Settlement. |
| **GO TO THE FINAL APPROVAL HEARING** | You may ask the Court for permission for you or your attorney to speak about your objection at the Final Approval Hearing. |
| **DO NOTHING** | You will not get any compensation from the Settlement and you will give up certain legal rights. |

- These rights and options – **and the deadlines to exercise them** – are explained in this Notice.  For complete details, view the Settlement Agreement at www.KingsSeafoodClassActionSettlement.com or call 1-888-232-9896.

- The Court in charge of this case still has to decide whether to grant final approval of the Settlement. Payments will be made and Settlement benefits distributed only after the Court grants final approval of the Settlement and after any appeals are resolved in favor of the Settlement.

**Questions? Call 1-888-232-9896 or visit www.KingsSeafoodClassActionSettlement.com**

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ...................................................................................................Page 3
1.   Why was this Notice issued?
2.   What is this lawsuit about?
3.   What is a class action?
4.   Why is there a Settlement?

**WHO IS IN THE SETTLEMENT?**...........................................................................Pages 3 and 4
5.   How do I know if I am included in the Settlement?
6.   What if I am not sure whether I am included in the Settlement?

**THE SETTLEMENT BENEFITS** ....................................................................... Page 4 and 5
7.   What does the Settlement provide?
8.   What payments are available?

**HOW TO GET BENEFITS**................................................................................................Page 5
9.   How do I get benefits?
10. How will claims be decided?

**REMAINING IN THE SETTLEMENT** ...................................................... Page 5 and 6
11. Do I need to do anything to remain in the Settlement?
12. What am I giving up as part of the Settlement?

**EXCLUDING YOURSELF FROM THE SETTLEMENT**...................................................Page 6
13. If I exclude myself, can I get a payment from this Settlement?
14. If I do not exclude myself, can I sue King's Seafood for the same thing later?
15. How do I get out of the Settlement?

**THE LAWYERS REPRESENTING YOU** ................................................................. Page 6 and 7
16. Do I have a lawyer in this case?
17. How will Settlement Class Counsel be paid?

**OBJECTING TO THE SETTLEMENT**..................................................................Pages 7 and 8
18. How do I tell the Court that I do not like the Settlement?
19. What is the difference between objecting and asking to be excluded?

**THE COURT'S FINAL APPROVAL HEARING**..................................................................Page 8
20. When and where will the Court decide whether to approve the Settlement?
21. Do I have to attend the Final Approval Hearing?
22. May I speak at the Final Approval Hearing?

**IF YOU DO NOTHING**...................................................................................................Page 8
23. What happens if I do nothing?

**GETTING MORE INFORMATION** ..................................................................................Page 9
24. How do I get more information?

**Questions? Call 1-888-232-9896 or visit www.KingsSeafoodClassActionSettlement.com**

2

# BASIC INFORMATION

### 1.   Why was this Notice issued?

The Court authorized this Notice because you have a right to know about the proposed Settlement in this class action and about all of your options before the Court decides whether to give "final approval" to the Settlement. This Notice explains the legal rights and options that you may exercise before the Court decides whether to approve the Settlement.

Judge Cormac J. Carney of the United States District Court for the Central District of California is overseeing this case.  The case is known as *Jonathan Bowdle v. King's Seafood Company, LLC,* No. 8:21-cv-01784-CJC-JDE (the "Lawsuit").  The person who sued is called the Plaintiff. King's Seafood is called the Defendant.

### 2.   What is this lawsuit about?

Plaintiff claims King's Seafood was responsible for the increased risk of identity theft stemming from the Data Security Incident and asserts claims including: (i) negligence; (ii) breach of implied contract; (iii) invasion of privacy; (iv) breach of confidence; (v) unjust enrichment; (vi) violation of the Nevada Deceptive Trade Practices Act; and (vii) violation of the Nevada Data Breach Law. The Lawsuit seeks, among other things, payment for persons who were injured by the Data Security Incident.

King's Seafood has denied and continues to deny all of the claims made in the Lawsuit, as well as all charges of wrongdoing or liability against it.

### 3.   What is a class action?

In a class action, one or more people called "Plaintiff(s)" or "Representative Plaintiff(s)" (in this case, Jonathan Bowdle) sue(s) on behalf of all people who have similar claims.  Together, all these people are called a "class" or "class members."  One court and one judge resolve the issues for all class members, except for those who exclude themselves from the class.

### 4.   Why is there a Settlement?

The Court did not decide in favor of Plaintiff or King's Seafood.  Instead, the Plaintiff negotiated a Settlement with King's Seafood that allows both Plaintiff and King's Seafood to avoid the risks and costs of lengthy and uncertain litigation and the uncertainty of trial and appeals.  It also allows Settlement Class Members to obtain benefits without further delay. The Representative Plaintiff and his attorneys believe the Settlement is best for all Settlement Class Members.  The Settlement does not mean that King's Seafood did anything wrong.

# WHO IS IN THE SETTLEMENT?

### 5.   How do I know if I am included in the Settlement?

You are part of this Settlement as a Class Member if King's Seafood sent you notice of the Data Security Incident announced by King's Seafood in or about August 2021.

Specifically excluded from the Class are: (i) King's Seafood and King's Seafood's parents, subsidiaries, affiliates, and any entity in which King's Seafood has a controlling interest; and (ii) all judges assigned to hear any aspect of this Litigation as well as their immediate family members.

**Questions? Call 1-888-232-9896 or visit www.KingsSeafoodClassActionSettlement.com**

**6. What if I am not sure whether I am included in the Settlement?**

If you are not sure whether you are included in the Settlement, or have any other questions related to the Settlement, you may:

1. Call: 1-888-232-9896

2. Email: KingsSeafoodClassAtionSettlement@atticusadmin.com; or

3. Write to:

> Bowdle v. King's Seafood Settlement
> c/o Atticus Administration
> P.O. Box 64053
> St. Paul, MN 55164

Please do not contact the Court with questions.

# THE SETTLEMENT BENEFITS

**7. What does the Settlement provide?**

There are two types of cash payments available: (1) ordinary expense reimbursement and compensation for lost time (up to a total of **$450**); and (2) extraordinary losses reimbursement (up to a total of **$3,000**). You may submit a claim for any of the above-listed remedies. To claim each type of remedy, you must provide information and documentation with the Claim Form. King's Seafood has agreed to pay up to $350,000 in the aggregate for these cash payments. Therefore, if the total of all valid claims for cash payments exceeds $350,000, payments will be reduced *pro rata*.

In addition to the payments listed above, the Settlement also provides all Settlement Class Members with access to Financial Shield by Aura (a.k.a. Pango) identity protection and credit monitoring services for a period of two (2) years upon the filing of a timely and valid Claim Form. Settlement Class Members will be able to begin receiving Financial Shield services on the Effective Date of the Settlement with the period to begin the services to continue for 90 days thereafter.

King's Seafood has also agreed, for a period of 36 months beginning in July 2021, that it has and will continue to undertake certain reasonable steps to enhance the security deployed to secure access to its data network. These steps are delineated in the Settlement Agreement available at www.KingsSeafoodClassActionSettlement.com. King's Seafood estimates the cost or value of these enhancements will exceed $500,000.

**8. What payments are available?**

Ordinary Out of Pocket Expenses and Lost Time Reimbursement: Qualified Class Members are eligible to claim reimbursement of up to $450 per person for their documented out-of-pocket expenses resulting from the Data Security Incident and compensation for time spent dealing with the Data Security Incident. The types of out-of-pocket expenses that will be reimbursed are:

- Costs incurred associated with accessing or freezing/unfreezing credit reports with any credit reporting agency or other entity;

- Other expenses incurred, namely, postage, copying, scanning, faxing, mileage and other travel-related charges, parking, notary charges, research charges, cell phone charges (only if charged by the minute), long distance phone charges, data charges (only if charged based

**Questions? Call 1-888-232-9896 or visit www.KingsSeafoodClassActionSettlement.com**

4

on the amount of data used), bank fees, accountant fees, and attorneys' fees, all of which must be fairly traceable to the Data Security Incident and must not have been previously reimbursed by a third party; and

- Fees for credit reports, credit monitoring, or identity theft insurance products purchased between June 4, 2021 and January 20, 2023; and

- Up to 3 hours of lost time at $20/hour for time spent dealing with the Data Security Incident.

<u>Extraordinary Losses Reimbursement</u>:  Qualified Settlement Class Members who suffered actual identity theft are eligible to claim reimbursement of up to $3,000 per person for their documented and unreimbursed loss if the loss (1) is fairly traceable to the Data Security Incident; (2) occurred between June 4, 2021 and January 20, 2023; and (3) the loss is not already covered and the claimant made reasonable efforts to mitigate the loss.

# HOW TO GET BENEFITS

### 9.  How do I get benefits?

To receive a payment and identity protection and credit monitoring services from the Settlement, you must complete a Claim Form. You may file online or download a copy of the Claim Form at www.KingsSeafoodClassActionSettlement.com, or you may request to receive one by mail by calling 1-888-232-9896.  To complete the Claim Form, please read the instructions carefully, fill out the Claim Form, provide reasonable documentation (where applicable), and submit your Claim online or mail it postmarked no later than **January 20, 2023** to:

Bowdle v. King's Seafood Settlement
c/o Atticus Administration
P.O. Box 64053
St. Paul, MN 55164

### 10. How will claims be decided?

The Claims Administrator will initially decide whether the information provided on a Claim Form is complete and valid.  The Claims Administrator may request additional information from any claimant.  If the claimant does not timely provide the required information, the Claim will be considered invalid and will not be paid.  If the claim is rejected in whole or in part, for any other reason, then the Claims Administrator shall refer the claim to the Representative Plaintiff's and King's Seafood's counsel for a determination.

# REMAINING IN THE SETTLEMENT

### 11. Do I need to do anything to remain in the Settlement?

You do not have to do anything to remain in the Settlement, but if you want a payment and/or identity protection and credit monitoring services, you must submit a Claim Form postmarked or submitted online by **January 20, 2023.**

### 12. What am I giving up as part of the Settlement?

By not timely opting-out of the Class, all of the Court's orders will apply to you, and you give King's Seafood a "Release."  A Release means you cannot sue or be part of any other lawsuit

**Questions? Call 1-888-232-9896 or visit www.KingsSeafoodClassActionSettlement.com**

5

against King's Seafood about the claims or issues in this lawsuit (relating to the Data Security Incident), and you will be bound by the Settlement.  The specific claims you are giving up against King's Seafood and related persons or entities are called "Released Claims."  The Released Claims are defined in Sections 1.23, 1.24 and 1.31 and described in Section VIII of the Settlement Agreement, which is available under the Settlement Documents page at www.KingsSeafoodClassActionSettlement.com.    The Settlement Agreement describes the Released Claims with specific and accurate legal descriptions, so read it carefully.

# EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a payment from this Settlement, but you want to keep the right to sue King's Seafood about issues in this case, then you must take steps to get out of the Settlement Class. This is called excluding yourself from – or is sometimes referred to as "opting out" of – the Settlement Class.

### 13. If I exclude myself, can I get a payment from this Settlement?

No.  If you exclude yourself, you will not be entitled to any benefits of the Settlement.  You will also not be bound by any judgment in this case.

### 14. If I do not exclude myself, can I sue King's Seafood for the same thing later?

No.  Unless you exclude yourself, you give up any right to sue King's Seafood for the Claims that this Settlement resolves.  You must exclude yourself from the Settlement Class to start your own lawsuit or to be part of any different lawsuit relating to the claims in this case.  If you exclude yourself, do not submit a Claim Form to ask for a payment.

### 15. How do I get out of the Settlement?

To exclude yourself from the Settlement, send a letter that says you want to be excluded from the Settlement in *Jonathan Bowdle v. King's Seafood Company, LLC,* No. 8:21-cv-01784-CJC-JDE (C.D. Cal.) ("Exclusion Request").  Include your name, address, and signature.  You must mail your Exclusion Request postmarked by **December 21, 2022** to:

Bowdle v. King's Seafood Settlement
c/o Atticus Administration
P.O. Box 64053
St. Paul, MN 55164

# THE LAWYERS REPRESENTING YOU

### 16. Do I have a lawyer in this case?

Yes.  The Court appointed M. Anderson Berry of Clayeo C. Arnold, A Professional Law Corp. and Rachele R. Byrd of Wolf Haldenstein Adler Freeman & Herz LLP to represent you and other Settlement Class Members. These lawyers are called Settlement Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 17. How will Settlement Class Counsel be paid?

If the Settlement is approved and becomes final, Settlement Class Counsel will will ask the Court to award combined attorneys' fees and costs in the amount of $192,500.  Settlement Class Counsel

**Questions? Call 1-888-232-9896 or visit www.KingsSeafoodClassActionSettlement.com**

will also request approval of a service award to the Representative Plaintiff in the amount of $1,750.  If approved, these amounts, as well as the costs of notice and Settlement administration, will be paid separately by King's Seafood and will not reduce the amount of total payments available to Settlement Class Members.

# OBJECTING TO THE SETTLEMENT

**18. How do I tell the Court that I do not like the Settlement?**

If you are a Settlement Class Member, you can object to the Settlement if you do not like it or some part of it.  You can give reasons why you think the Court should not approve the Settlement. The Court will consider your views before making a decision.  To object, you must file with the Court and mail or email copies to Class Counsel and King's Seafood's counsel a written notice stating that you object to the Settlement.  Your objection must include all of the following information: (i) your full name and address; (ii) the case name and docket number - *Jonathan Bowdle v. King's Seafood Company, LLC,* No. 8:21-cv-01784-CJC-JDE (C.D. Cal.); (iii) proof that you are a member of the Settlement Class (e.g., copy of your Settlement Notice, a copy of original notice of the Data Security Incident, or a statement explaining why you believe you are a Settlement Class member); (iv) a written statement of all grounds for the objection, accompanied by any legal support for the objection you believe applicable; (v) the identity of any and all counsel representing you in connection with the objection; (vi) a statement whether you and/or your counsel will appear at the Final Approval Hearing; and (vii) your signature or the signature of your duly authorized attorney or other duly authorized representative (if any) representing you in connection with the objection. Your written notice of an objection, in the appropriate form, must be either (1) filed with the Court through the Court's ECF system by December 21, 2022, with service on Settlement Class Counsel and King's Seafood's counsel made through the ECF system; or (2) filed with the Court by December 21, 2022 by mailing it to Clerk of Court, United States District Court for the Central District of California, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, CA, 92701-4516 with copies mailed to Settlement Class Counsel and King's Seafood's counsel at:

| **Class Counsel** | **Counsel for King's Seafood** |
|---|---|
| M. Anderson Berry **Clayeo C Arnold, A Professional Law Corp.** 865 Howe Avenue Sacramento, CA 95825 aberry@justice4you.com <br><br> Rachele R. Byrd **Wolf Haldenstein Adler Freeman & Herz LLP** 750 B Street, Suite 1820 San Diego, CA 92101 byrd@whafh.com | Jon P. Kardassakis **Lewis Brisbois Bisgaard & Smith LLP** 633 West 5th Street, Suite 4000 Los Angeles, CA 90071 Jon.Kardassakis@lewisbrisbois.com |

**Questions? Call 1-888-232-9896 or visit www.KingsSeafoodClassActionSettlement.com**

**19. What is the difference between objecting and asking to be excluded?**

Objecting is telling the Court that you do not like the Settlement and why you do not think the Court should approve it.  You can object only if you do not exclude yourself from the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

# THE COURT'S FINAL APPROVAL HEARING

**20. When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Final Approval Hearing on February 13, 2023 at 1:30 p.m. in the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9 B, Santa Ana, CA, 92701-4516. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will take into consideration any properly filed written objections and may also listen to people who have asked to speak at the hearing (see Question 18). The Court will also decide whether to approve fees and costs to Settlement Class Counsel, and the service award to the Representative Plaintiff.

**21. Do I have to attend the Final Approval Hearing?**

No.  Settlement Class Counsel will present the Settlement Agreement to the Court.  You or your own lawyer are welcome to attend at your own expense, but you are not required to do so. If you send an objection, you do not have to come to the Court to talk about it. As long as you filed your written objection on time with the Court and served it according to the instructions provided in Question 18, the Court will consider it.

**22. May I speak at the Final Approval Hearing?**

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must file and serve an objection according to the instructions in Question 18, including all the information required.

# IF YOU DO NOTHING

**23. What happens if I do nothing?**

If you do nothing, you will get no monetary benefits from this Settlement. Once the Court grants the Settlement final approval and the judgment becomes final, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against King's Seafood about the legal issues in this case, ever again.

You must exclude yourself from the Settlement if you want to retain the right to sue King's Settlement for the claims resolved by this Settlement.

**Questions? Call 1-888-232-9896 or visit www.KingsSeafoodClassActionSettlement.com**

# GETTING MORE INFORMATION

**24. How do I get more information?**

This Notice only provides a summary of the proposed Settlement.  You can find complete details about the Settlement in the Settlement Agreement available at www.KingsSeafoodClassActionSettlement.com. You may also:

1. Write to:

   > Bowdle v. King's Seafood Settlement
   > c/o Atticus Administration
   > P.O. Box 64053
   > St. Paul, MN 55164

2. Visit the Settlement website at: www.KingsSeafoodClassActionSettlement.com

3. Call the toll-free number: 1-888-232-9896

4. Send an email: KingsSeafoodClassActionSettlement@atticusadmin.com.

**PLEASE DO <u>NOT</u> CALL THE COURT OR THE JUDGE WITH QUESTIONS ABOUT THE SETTLEMENT OR CLAIMS PROCESS.**

**Questions? Call 1-888-232-9896 or visit www.KingsSeafoodClassActionSettlement.com**

9

Bowdle v. King's Seafood Settlement
c/o Atticus Administration Claims Administrator
P.O. Box 64053
St. Paul, MN 55164

> **Your Claim Form Must Be Submitted On or Before January 20, 2023**

### *Bowdle v. King's Seafood Company, LLC,*
In the United States District Court for the Central District of California
(Case No. 8:21-cv-01784-CJC-JDE)

### Claim Form

This Claim Form should be filled out online or submitted by mail if you are a U.S. resident who received notice on or about August 2021 from King's Seafood Company, LLC ("King's Seafood") of a cyberattack perpetrated on King's Seafood beginning on or around June 4, 2021 (the "Data Security Incident"). The potential benefits include reimbursement for out-of-pocket losses, reimbursement for extraordinary losses, payment for lost time spent directly dealing with the Data Security Incident, and identity protection and credit monitoring services. You may get a payment or other benefit if you fill out this Claim Form, if the Settlement is approved, and if you are found to be eligible for a payment or other benefit.

The Settlement Notice describes your legal rights and options. Please visit the official Settlement website, www.KingsSeafoodClassActionSettlement.com, or call 1-888-232-9896 for more information.

If you wish to submit a claim for a Settlement payment or other benefit, you need to provide the information requested below. Please print clearly in blue or black ink. This Claim Form must be mailed and postmarked by **January 20, 2023.**

TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE ALL OF THE REQUIRED (*) INFORMATION BELOW AND YOU MUST SIGN THIS CLAIM FORM. THIS CLAIM FORM SHOULD ONLY BE USED IF A CLAIM IS BEING MAILED IN AND IS NOT BEING FILED ONLINE. YOU MAY ALSO FILE YOUR CLAIM ONLINE AT www.KingsSeafoodClassActionSettlement.com.

### 1. CLASS MEMBER INFORMATION.

First Name* — Middle Initial

Last Name* — Suffix

Primary Address*

Apt / Floor /Suite

City* — State* — Zip Code*

Current Phone Number — Claimant ID*

If your current address is outside the United States, please complete this Claim Form online at www.KingsSeafoodClassActionSettlement.com and select the checkbox on the Class Member Information page that says, "Please check if this is a non-U.S. address".

Your Settlement Claim ID is printed on the Notice you received in the mail.  If you no longer have your Notice, contact the Claims Administrator at 1-888-232-9896.

## 2. IDENTITY PROTECTION AND CREDIT MONITORING SERVICES.

Please review the Notice and paragraph 2.1 of the Settlement Agreement for more information on the identity-theft protection called "Financial Shield" by Aura (a.k.a. Pango) being offered as part of the Settlement.  This is being offered in addition to any other payments to be made under this Settlement.

**PLEASE PROVIDE THE INFORMATION LISTED BELOW:**

Check the box if you elect to receive two years of free identity-theft protection, called "Financial Shield" by Aura (a.k.a. Pango), which shall be provided in addition to any other identity-theft protection and/or credit monitoring received from King's Seafood Company, LLC.

☐ **Yes, I'd like to receive two years of free identity-theft protection as part of the Settlement, including an additional two (2) years of monitoring and protection services from the expiration date of any monitoring and protection services I've already received through Defendant.**

## 3. PAYMENT ELIGIBILITY INFORMATION.

Please review the Notice and paragraph 2.2 of the Settlement Agreement for more information on who is eligible for a payment and the nature of the expenses or losses that can be claimed.

Please provide as much information as you can to help us determine if you are entitled to a settlement payment or other benefit.

**PLEASE PROVIDE THE INFORMATION LISTED BELOW:**

Check the box for each category of expenses or lost time that you incurred as a result of the Data Security Incident. Please be sure to fill in the total amount you are claiming for each category and to attach documentation of the charges as described in bold type (if you provide account statements as part of proof required for any part of your claim, you may mark out any unrelated transactions if you wish). Please note that recovery is limited to $450 per person for ordinary losses, including lost time amounts limited to up to $60, and up to $3,000 for extraordinary losses.

You must provide a description of the charges or time sought to be reimbursed.

☐ **Documented ordinary expenses and/or lost time incurred as a result of the Data Security Incident. This category is capped at $450 to include lost time amounts.**

　　☐ **Time reimbursement for time spent dealing with the Data Security Incident**
**Examples –**You spent an hour contacting your bank and/or implementing credit monitoring, and/or checking your statements as a result of the Data Security Incident. Recovery for this category is paid out at $20/hour, for up to 3 hours.

　　　☐ 1 Hour　　　　　☐ 2 Hours　　　　　☐ 3 Hours

| Explanation of Time Spent (Identify what you did by activity and why) | Approx. Date(s) (if known) | Time Spent on Activity |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

☐ **Documented Out-of-Pocket Expenses/reimbursement of fees paid for services or products purchased as a result of the Date Security Incident**

    _You must provide supporting documentation._ The types of Out-of-Pocket Expenses and fees that will be reimbursed are:

        (1) costs incurred associated with accessing or freezing/unfreezing credit reports with any credit reporting agency or other entity;

        (2) other expenses incurred, namely, postage, copying, scanning, faxing, mileage and other travel-related charges, parking, notary charges, research charges, cell phone charges (only if charged by the minute), long distance phone charges, data charges (only if charged based on the amount of data used), bank fees, accountant fees, and attorneys' fees, all of which must be fairly traceable to the Data Security Incident and must not have been previously reimbursed by a third party; and

        (3)  fees for credit reports, credit monitoring, or other identity theft insurance product purchased between June 4, 2021 and January 20, 2023.

| Expense Types | Approximate Amount of Expense & Date | Description of Expense or Money Paid and Supporting Documents (Identify what you are attaching and why it is related to the Data Incident. |
|---|---|---|
| | $<br>Date<br><br>$<br>Date | |
| | | |
| | | |
| | | |
| | | |
| | | |

        **Total amount for this category: $_____**

_If you are seeking reimbursement for out-of-pocket expenses, please attach a copy of a statement or receipt from the company that charged you, showing the amount of charges incurred.  Documentation you create may be submitted but may not suffice._

    You may mark out any transactions that are not relevant to your claim before sending in the documentation.

    ☐ **Documented Extraordinary Losses – documented monetary loss arising from actual identity theft incurred as a result of the Data Security Incident. This category is capped at $3,000.**

    Reimbursements in this category are for those whose suffered actual identity theft because

of the Data Security Incident and reimbursement must be (1) for actual, documented, and unreimbursed losses; (2) fairly traceable to the Data Security Incident; (3) occurring between June 4, 2021 and January 20, 2023; and (4) not already covered by any existing identity theft or other insurance**.**

| Approximate Amount of Loss and Date | Description of Losses and Supporting Documents (Identify what you are attaching, and why it is related to the Data Incident) |
|---|---|
| **$**<br><br>**Date:** | |
| | |
| | |
| | |
| | |

**Total amount for this category: $_____**

*If you are seeking reimbursement for extraordinary losses, please attach a copy of a statement(s) or other document(s) that demonstrates the amount of the loss.  Documentation you create may be submitted but may not suffice.*

You may mark out any transactions that are not relevant to your claim before sending in the documentation.

**4. SIGN AND DATE YOUR CLAIM FORM.**

I declare under penalty of perjury under the laws of the United States and the laws of my State of residence that the information supplied in this Claim Form by the undersigned is true and correct to the best of my recollection, and that this form was executed on the date set forth below. I understand that I may be asked by the Settlement Administrator to provide supplemental information before my claim will be considered complete and valid.

_____     _____     _____

Signature                                    Print                                    Date

**5. REMINDER CHECKLIST**
1.  Keep copies of the completed Claim Form and documentation for your own records.
2.  If your address changes or you need to make a correction to the address on this claim form, please visit the settlement administration website at www.KingsSeafoodClassActionSettlement.com and complete the Update Contact Information form or send written notification of your new address. Make sure to include your Settlement Claim ID and your phone number in case we need to contact you in order to complete your request.
3.  If you need to supplement your claim submission with additional documentation, please visit the settlement administration website at www.KingsSeafoodClassActionSettlement.com and provide these documents by completing the Supplemental Claim Form Documentation Upload.
4.  For more information, please visit the settlement administration website at www.KingsSeafoodClassActionSettlement.com or call the Settlement Administrator at 1-888-232-9896. Please do not call the Court or the Clerk of the Court.

*Bowdle contra King's Seafood Company, LLC*, N.º 8:21-cv-01784-CJC-JDE
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO CENTRAL DE CALIFORNIA

**Si King's Seafood almacenó sus datos en junio de 2021 o en una fecha posterior, podría ser elegible para recibir los beneficios de una Conciliación de Demanda Colectiva.**

*Para consultar un aviso en español, visite www.KingsSeafoodClassActionSettlement.com.*

**Un tribunal federal autorizó este Aviso. No es correo basura, un anuncio ni una oferta de abogados.**

- Se propuso la Conciliación de una demanda colectiva contra King's Seafood Company, LLC ("King's Seafood") que surgió a partir de un ataque cibernético en junio de 2021, durante el cual terceros no autorizados obtuvieron acceso, a partir del 4 de junio de 2021, a información de identificación personal ("PII", por sus siglas en inglés) almacenada por King's Seafood ("Incidente de Seguridad de Datos"). Los archivos informáticos a los que se accedió en el Incidente de Seguridad de Datos podrían haber contenido nombres, números de seguro social, información de tarjetas de pago y números de licencia de conducir o números de identificación emitidos por el gobierno.

- El Demandante Jonathan Bowdle presentó una demanda colectiva en nombre propio y de aquellos en una situación similar, y afirma que King's Seafood fue responsable de un riesgo mayor de robo de identidad derivado del Incidente de Seguridad de Datos, y presenta reclamos por: (i) negligencia; (ii) incumplimiento del contrato implícito; (iii) invasión de la privacidad; (iv) abuso de confianza; (v) enriquecimiento sin causa; (vi) incumplimiento de la Ley de Prácticas Comerciales Engañosas de Nevada, e (vii) incumplimiento de la Ley de Violación de Datos de Nevada.

- Si recibió un aviso de King's Seafood sobre el Incidente de Seguridad de Datos de 2021, usted forma parte de la Conciliación de la Demanda Colectiva y podría ser elegible para recibir beneficios.

- La Conciliación proporciona un reembolso de hasta **$450** por gastos de bolsillo que puedan atribuirse, en la medida de los razonable, al Incidente de Seguridad de Datos, de hasta **$3,000** por pérdidas extraordinarias documentadas no reembolsadas debido al robo de identidad, indemnización de hasta tres (3) horas por el tiempo dedicado a atender el Incidente de Seguridad de Datos a $20 por hora, y dos (2) años de monitoreo de crédito y protección contra el robo de identidad.

- Sus derechos legales se ven afectados independientemente de si toma medidas o no. Lea este Aviso con atención.

| SUS DERECHOS Y OPCIONES LEGALES EN ESTA CONCILIACIÓN | |
|---|---|
| **PRESENTAR UN FORMULARIO DE RECLAMO** **Fecha límite: 20 de enero de 2023** | Esta es la única manera de recibir un pago. |
| **EXCLUIRSE DE LA CONCILIACIÓN** **Fecha límite: 21 de diciembre de 2022** | No recibir beneficios. Esta es la única opción que puede permitirle demandar a King's Seafood por los reclamos que se resuelven mediante esta Conciliación. |
| **OBJETAR LA CONCILIACIÓN** **Fecha límite: 21 de diciembre de 2022** | Escriba al Tribunal para indicar los motivos por los que no está de acuerdo con la Conciliación. |
| **ASISTIR A LA AUDIENCIA DE APROBACIÓN FINAL** | Puede pedirle permiso al Tribunal para que usted o su abogado hablen sobre su objeción en la Audiencia de Aprobación Final. |
| **NO HACER NADA** | Usted no recibirá ningún tipo de indemnización a partir del Acuerdo y renunciará a ciertos derechos legales. |

- Estos derechos y opciones, **y las fechas límite para ejercerlos**, se explican en este Aviso. Para obtener los detalles completos, consulte el Acuerdo de Conciliación en www.KingsSeafoodClassActionSettlement.com o llame al 1-888-232-9896.

- El Tribunal a cargo de este caso aún tiene que decidir si otorga la aprobación final de la Conciliación. Se realizarán los pagos y se distribuirán los beneficios de la Conciliación hasta después de que el Tribunal otorgue la aprobación final de la Conciliación, y una vez que se resuelvan las apelaciones a favor de la Conciliación.

**¿Tiene alguna pregunta? Llame al 1-888-232-9896 o visite**
**www.KingsSeafoodClassActionSettlement.com**

## CONTENIDO DE ESTE AVISO

**INFORMACIÓN ESENCIAL** ............................................................................ **Página 3**

1.  ¿Por qué se emitió este Aviso?
2.  ¿De qué trata esta demanda?
3.  ¿Qué es una demanda colectiva?
4.  ¿Por qué hay una Conciliación?

**¿QUIÉNES ESTÁN INCLUIDOS EN LA CONCILIACIÓN?** ................................ **Páginas 3 y 4**

5.  ¿Cómo sé si soy parte de la Conciliación?
6.  ¿Qué sucede si no sé si soy parte de la Conciliación?

**LOS BENEFICIOS DE LA CONCILIACIÓN** .......................................... **Páginas 4 y 5**

7.  ¿Qué ofrece esta Conciliación?
8.  ¿Qué pagos se ofrecen?

**CÓMO OBTENER LOS BENEFICIOS** ............................................................ **Página 5**

9.  ¿Cómo obtengo los beneficios?
10. ¿Cómo se resolverán los reclamos?

**PERMANECER EN LA CONCILIACIÓN** .................................................... **Páginas 5 y 6**

11. ¿Necesito hacer algo para permanecer en la Conciliación?
12. ¿A qué renuncio como participante de la Conciliación?

**EXCLUIRSE DE LA CONCILIACIÓN** ............................................................ **Página 6**

13. Si me excluyo, ¿puedo recibir un pago a partir de esta Conciliación?
14. Si no me excluyo, ¿puedo demandar a King's Seafood por el mismo asunto más adelante?
15. ¿Cómo me excluyo de la Conciliación?

**LOS ABOGADOS QUE LO REPRESENTAN** .......................................... **Páginas 6 y 7**

16. ¿Tengo un abogado para este caso?
17. ¿Cómo se le pagará al Abogado de la Demanda Colectiva?

**OBJETAR A LA CONCILIACIÓN** .......................................................... **Páginas 7 y 8**

18. ¿Cómo le comunico al Tribunal que no estoy de acuerdo con la Conciliación?
19. ¿Qué diferencia hay entre objetar y pedir que me excluyan?

**AUDIENCIA DE LA APROBACIÓN FINAL DEL TRIBUNAL** .................................. **Página 8**

20. ¿Cuándo y dónde decidirá el Tribunal si se aprueba la Conciliación?
21. ¿Tengo que asistir a la Audiencia de Aprobación Final?
22. ¿Puedo hablar en la Audiencia de Aprobación Final?

**SI NO HACE NADA** ................................................................................ **Página 8**

23. ¿Qué sucede si no hago nada?

**OBTENER MÁS INFORMACIÓN** ................................................................ **Página 9**

24. ¿Cómo obtengo más información?

**¿Tiene alguna pregunta? Llame al 1-888-232-9896 o visite**
**www.KingsSeafoodClassActionSettlement.com**

2

# INFORMACIÓN ESENCIAL

**1.   ¿Por qué se emitió este Aviso?**

El Tribunal autorizó este Aviso porque usted tiene derecho a conocer la Conciliación propuesta para esta demanda colectiva, así como todas las opciones que tiene antes de que el Tribunal decida si otorgar o no la "aprobación final" de la Conciliación. En este Aviso se explican los derechos y las opciones legales que puede ejercer antes de que el Tribunal decida si aprobar o no la Conciliación.

El Juez Cormac J. Carney del Tribunal de Distrito de los Estados Unidos para el Distrito Central de California es quien supervisa este caso. El caso se conoce como *Jonathan Bowdle contra King's Seafood Company, LLC,* n.º 8:21-cv-01784-CJC-JDE (la "Demanda"). La persona que presentó la Demanda se llama Demandante. King's Seafood es el Demandado.

**2.   ¿De qué trata esta demanda?**

El Demandante afirma que King's Seafood fue responsable de un riesgo mayor de robo de identidad a partir del Incidente de Seguridad de Datos y afirma que esto implica lo siguiente: (i) negligencia; (ii) incumplimiento del contrato implícito; (iii) invasión de la privacidad; (iv) abuso de confianza; v) enriquecimiento sin causa; (vi) incumplimiento de la Ley de Prácticas Comerciales Engañosas de Nevada, e (vii) incumplimiento de la Ley de Violación de Datos de Nevada. La Demanda busca, entre otras cosas, un pago a las personas que resultaron afectadas por el Incidente de Seguridad de Datos.

King's Seafood ha negado y continúa negando todas las declaraciones hechas en la demanda, así como todos los cargos por infracciones o responsabilidad en su contra.

**3.   ¿Qué es una demanda colectiva?**

En una demanda colectiva, una o más personas llamadas "Demandante(s)" o "Demandante(s) Representante(s)" (en este caso, Jonathan Bowdle) demanda(n) en nombre de todas las personas con reclamos similares. Juntas, todas estas personas se conocen como "participantes de la demanda colectiva" o "integrantes de la demanda colectiva". Un tribunal y un juez resuelven los asuntos para todos los participantes de la demanda colectiva, excepto para los que se excluyen de esta.

**4.   ¿Por qué hay una Conciliación?**

El Tribunal no decidió a favor del Demandante ni de King's Seafood. En lugar de eso, el Demandante negoció una Conciliación con King's Seafood, la cual permite tanto al Demandante como a King's Seafood evitar los riesgos y costos de litigios prolongados y problemáticos, así como la incertidumbre que conllevan los juicios y las apelaciones. También permite a los Participantes de la Conciliación de la Demanda Colectiva obtener beneficios sin más demora. El Demandante Representante y sus abogados consideran que la Conciliación es lo mejor para todos los Participantes de la Conciliación de la Demanda Colectiva. La Conciliación no implica que King's Seafood haya hecho algo malo.

# ¿QUIÉNES FORMAN PARTE DE LA CONCILIACIÓN?

**5.   ¿Cómo sé si soy parte de la Conciliación?**

Usted es parte de esta Conciliación como Participante de la Demanda Colectiva si King's Seafood le envió un aviso sobre el Incidente de Seguridad de Datos anunciado por King's Seafood en agosto de 2021 o alrededor de esa fecha.

Quedan excluidos de la Demanda Colectiva las siguientes partes específicas: (i) King's Seafood y sus empresas matrices, subsidiarias y afiliadas, así como cualquier entidad en la que King's Seafood tenga una participación mayoritaria; y (ii) todos los jueces asignados para conocer cualquier aspecto de este Litigio, así como sus familiares inmediatos.

**¿Tiene alguna pregunta? Llame al 1-888-232-9896 o visite**
**www.KingsSeafoodClassActionSettlement.com**

6. **¿Qué sucede si no estoy seguro de si soy parte de la Conciliación?**

Si no está seguro de si es parte de la Conciliación o si tiene alguna otra pregunta relacionada con esta, puede:

1. Llamar al siguiente número: 1-888-232-9896

2. Enviar un correo electrónico a: KingsSeafoodClassActionSettlement@atticusadmin.com, o

3. Escribir a:

   > Bowdle v. King's Seafood Settlement
   > c/o Atticus Administration
   > P.O. Box 64053
   > St. Paul, MN 55164

No se comunique con el Tribunal para hacer preguntas.

## LOS BENEFICIOS DE LA CONCILIACIÓN

7. **¿Qué ofrece esta Conciliación?**

Hay dos tipos de pagos en efectivo disponibles: (1) el reembolso de gastos ordinarios e indemnización por el tiempo perdido (hasta un total de **$450**); y (2) el reembolso por pérdidas extraordinarias (hasta un total de **$3,000**). Puede presentar un reclamo por cualquiera de los recursos mencionados anteriormente. Para reclamar cada tipo de recurso, debe proporcionar información y documentación junto con el Formulario de Reclamo. King's Seafood aceptó pagar hasta $350,000 en total por estos conceptos, en efectivo. Por lo tanto, si el total de todos los reclamos válidos por pagos en efectivo supera los $350,000, los pagos se reducirán *de forma proporcional*.

Además de los pagos mencionados anteriormente, la Conciliación también proporciona a todos los Participantes de la Demanda Colectiva acceso a servicios de protección de la identidad y monitoreo de crédito de Escudo Financiero de Aura (también conocido como Pango), por un período de dos (2) años después de la presentación oportuna de un Formulario de Reclamo válido. Los Participantes de la Conciliación de la Demanda Colectiva podrán comenzar a recibir los servicios del Escudo Financiero en la Fecha de Entrada en Vigor de la Conciliación, y el plazo para comenzar a recibir los servicios continuará durante 90 días a partir de entonces.

King's Seafood también aceptó, por un periodo de 36 meses a partir de julio de 2021, tomar y seguir tomando ciertas medidas razonables para mejorar las disposiciones de seguridad puestas en marcha a fin de impedir el acceso a su red de datos. Estos pasos se definen en el Acuerdo de Conciliación, el cual está disponible en www.KingsSeafoodClassActionSettlement.com. King's Seafood calcula que el costo o valor de estas mejoras superará los $500,000.

8. **¿Qué pagos se ofrecen?**

Gastos Ordinarios de Bolsillo y un Reembolso por el Tiempo Perdido: Los Participantes de la Demanda Colectiva Calificados son elegibles para reclamar un reembolso de hasta $450 por persona por sus gastos de bolsillo documentados derivados del Incidente de Seguridad de Datos, e indemnización por el tiempo dedicado a atender el Incidente de Seguridad de Datos. Los tipos de gastos de bolsillo que se reembolsarán son los siguientes:

- Gastos en los que se haya incurrido en relación con el acceso o congelación/descongelación de informes de crédito con cualquier agencia de informes de crédito u otra entidad;

- Otros gastos en los que se haya incurrido, concretamente, de franqueo, copiado, escaneo, envíos por fax, kilometraje y otros cargos relacionados con el viaje, estacionamiento, cargos notariales, cargos de investigación, cargos de teléfono celular (solo si se cobran por minuto), cargos telefónicos de larga distancia, cargos por uso de datos (solo si se cobran en función de la cantidad de datos utilizados), comisiones bancarias, y honorarios de contadores y abogados,

**¿Tiene alguna pregunta? Llame al 1-888-232-9896 o visite www.KingsSeafoodClassActionSettlement.com**

4

todos los cuales debe poder comprobarse que se pagaron como consecuencia del Incidente de Seguridad de Datos, y dichos gastos no deben haber sido reembolsados previamente por un tercero; y

- Cargos por informes de crédito, monitoreo de crédito u otro producto de seguro contra el robo de identidad adquirido entre el 4 de junio de 2021 y el 20 de enero de 2023.

- Hasta 3 horas de tiempo perdido a $20 por hora, por el tiempo dedicado a atender el Incidente de Seguridad de Datos.

Reembolso de Gastos Extraordinarios: Los Participantes de la Conciliación de la Demanda Colectiva Calificados que sufrieron un robo de identidad real son elegibles para reclamar un reembolso de hasta $3,000 por persona, por su pérdida documentada y no reembolsada, si la pérdida (1) puede asociarse al Incidente de Seguridad de Datos en la medida de lo razonable; (2) ocurrió entre el 4 de junio de 2021 y el 20 de enero de 2023; y 3) no está cubierta y el reclamante tomó medidas razonables para aminorarla.

# CÓMO OBTENER LOS BENEFICIOS

### 9.   ¿Cómo obtengo los beneficios?

Para recibir un pago y servicios de protección de la identidad y de monitoreo de crédito a partir de la Conciliación, debe llenar un Formulario de Reclamo. Puede presentar el reclamo en línea o descargar una copia del Formulario de Reclamo en www.KingsSeafoodClassActionSettlement.com,o bien, puede solicitar que se le envíe uno por correo llamando al 1-888-232-9896. Para completar el Formulario de Reclamo, lea las instrucciones con atención, llene el Formulario de Reclamo, proporcione documentación pertinente (cuando corresponda) y envíe su Reclamo en línea o por correo con un sello postal de a más tardar el **20 de enero de 2023**, a:

Bowdle v. King's Seafood Settlement
c/o Atticus Administration
P.O. Box 64053
St. Paul, MN 55164

### 10.   ¿Cómo se resolverán los reclamos?

El Administrador de Reclamos decidirá inicialmente si la información que se brindó en el Formulario de Reclamo está completa y es legítima. Es posible que el Administrador de Reclamos solicite información adicional al reclamante. Si el reclamante no proporciona la información requerida de manera oportuna, el Reclamo se considerará no válido y no se pagará. Si se rechaza el reclamo en su totalidad o en parte por cualquier otra razón, el Administrador de Reclamos remitirá el reclamo al abogado del Demandante Representante y al abogado de King's Seafood para que se tome una decisión.

# PERMANECER EN LA CONCILIACIÓN

### 11.   ¿Necesito hacer algo para permanecer en la Conciliación?

No tiene que hacer nada para permanecer en la Conciliación, pero si desea recibir un pago o servicios de protección de la identidad y de monitoreo de crédito, debe enviar un Formulario de Reclamo en línea o con sello postal antes del 20 de enero de 2023.

### 12.   ¿A qué renuncio como parte de la Conciliación?

Al no optar de manera oportuna por no participar en la Demanda Colectiva, todas las órdenes del Tribunal se aplicarán a usted, y usted "Exonerará" a King's Seafood". Esto significa que no podrá demandar ni participar en ninguna otra demanda contra King's Seafood con respecto a los reclamos o asuntos de esta demanda (relacionados con el Incidente de Seguridad de Datos), y que quedará sujeto a las disposiciones de la Conciliación. Los reclamos específicos a los

**¿Tiene alguna pregunta? Llame al 1-888-232-9896 o visite www.KingsSeafoodClassActionSettlement.com**

que renuncia contra King's Seafood y personas o entidades relacionadas se denominan "Reclamos Exonerados". Los Reclamos Exonerados se definen en las Secciones 1.23, 1.24 y 1.31, y se describen en la Sección VIII del Acuerdo de Conciliación, que está disponible en la página "Settlement Documents" (Documentos de la Conciliación), en www.KingsSeafoodClassActionSettlement.com. En el Acuerdo de Conciliación se especifican los Reclamos Exonerados con descripciones legales específicas y precisas, así que léalo con atención.

# EXCLUIRSE DE LA CONCILIACIÓN

Si no desea recibir un pago a partir de esta Conciliación, pero desea conservar el derecho de demandar a King's Seafood con respecto a los asuntos de este caso, debe tomar medidas para excluirse de la Conciliación de la Demanda Colectiva. Esto se llama excluirse de la Conciliación de la Demanda Colectiva, o bien, "decidir no participar" en ella.

### 13. Si me excluyo, ¿puedo recibir pagos a partir de esta Conciliación?

No. Si se excluye, no tendrá derecho a recibir ningún beneficio derivado de la Conciliación. Tampoco quedará sujeto al dictamen de este caso.

### 14. Si no me excluyo, ¿puedo demandar a King's Seafood por el mismo asunto más adelante?

No. A menos que se excluya, usted renuncia a todo derecho de demandar a King's Seafood por los Reclamos que se resuelvan mediante esta Conciliación. Debe excluirse de la Conciliación de la Demanda Colectiva para entablar su propia demanda o para ser parte de cualquier otra demanda relacionada con los reclamos de este caso. Si se excluye, no envíe el Formulario de Reclamo para solicitar un pago.

### 15. ¿Cómo me excluyo de la Conciliación?

Para excluirse de la Conciliación, envíe una carta en la que indique que desea que lo excluyan de la Conciliación del caso *Jonathan Bowdle contra King's Seafood Company, LLC,* N.º 8:21-cv-01784-CJC-JDE (Distrito Central de California) ("Solicitud de Exclusión"). Incluya su nombre, dirección y firma. Debe enviar su Solicitud de Exclusión con un sello postal que tenga fecha del **21 de diciembre de 2022** o una fecha anterior, a:

Bowdle v. King's Seafood Settlement
c/o Atticus Administration
P.O. Box 64053
St. Paul, MN 55164

# LOS ABOGADOS QUE LO REPRESENTAN

### 16. ¿Tengo un abogado para este caso?

Sí. El Tribunal designó a M. Anderson Berry de Clayeo C. Arnold, A Professional Law Corp., y a Rachele R. Byrd de Wolf Haldenstein Adler Freeman & Herz LLP para que representen a usted y a los otros Participantes de la Conciliación de la Demanda Colectiva. Estos abogados se llaman Abogados de la Conciliación de la Demanda Colectiva. No se le cobrarán los servicios de estos abogados. Si desea que lo represente su propio abogado, puede contratar uno por su cuenta.

### 17. ¿Cómo se le pagará al Abogado de la Demanda Colectiva?

Si se aprueba la Conciliación y esta se vuelve definitiva, el Abogado de la Conciliación de la Demanda Colectiva pedirá al Tribunal que autorice la adjudicación de honorarios y costos asociados de abogados por

**¿Tiene alguna pregunta? Llame al 1-888-232-9896 o visite www.KingsSeafoodClassActionSettlement.com**

6

un monto de $192,500. El Abogado de la Conciliación de la Demanda Colectiva también solicitará la aprobación de una adjudicación de servicio al Demandante Representante por un monto de $1,750. Si se aprueban, estos montos, así como los costos de notificación y administración de la Conciliación, serán pagados por separado por King's Seafood y no reducirán el monto de los pagos totales a disposición de los Participantes de la Conciliación de la Demanda Colectiva.

# OBJETAR LA CONCILIACIÓN

**18. ¿Cómo le comunico al Tribunal que no estoy de acuerdo con la Conciliación?**

Si usted es Participante de la Conciliación de la Demanda Colectiva, puede objetar la Conciliación si no está de acuerdo con ella en su totalidad o con alguna parte de ella. Puede indicar los motivos por los que considera que el Tribunal no debería aprobar la Conciliación. El Tribunal considerará su punto de vista antes de tomar una decisión. La objeción debe presentarse ante el Tribunal, y usted debe enviar copias por correo postal o correo electrónico al Abogado de la Demanda Colectiva y al Abogado de King's Seafood de un aviso por escrito que indique su objeción a la Conciliación. La objeción debe incluir toda la siguiente información: (i) su nombre completo y dirección; (ii) el nombre del caso y el número de expediente: Jonathan Bowdle contra King's Seafood Company, LLC, N.º 8:21-cv-01784-CJC-JDE (Distrito Central de California); (iii) prueba de que usted es participante de la Conciliación de la Demanda Colectiva (p. ej., copia de su Aviso de Conciliación, una copia del aviso original del Incidente de Seguridad de Datos o una declaración en la que explique por qué considera que es participante de la Conciliación de la Demanda Colectiva); (iv) una declaración por escrito de todos los fundamentos de la objeción, acompañada de cualquier documento de respaldo jurídico para la objeción que considere pertinente; (v) la identidad de todos y cada uno de los abogados que lo representen en relación con la objeción; (vi) una declaración de si usted o su abogado comparecerán en la Audiencia de Aprobación Final; y (vii) su firma o la firma de su abogado debidamente autorizado u otro representante debidamente autorizado (si corresponde) que lo represente en lo que respecta a la objeción. Su notificación por escrito de la objeción, en la forma correspondiente, debe (1) presentarse ante el Tribunal por medio del sistema ECF del Tribunal antes del 21 de diciembre de 2022, con notificación al Abogado de la Conciliación de la Demanda Colectiva y al Abogado de King's Seafood por medio del sistema ECF; o (2) presentarse ante el Tribunal antes del 21 de diciembre de 2022 por correo a: Clerk of Court, United States District Court for the Central District of California, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, CA, 92701-4516, con copias para el Abogado de la Conciliación de la Demanda Colectiva y el Abogado de King's Seafood, las cuales deben enviarse a:

| Abogado de la Demanda Colectiva | Abogado de King's Seafood |
|---|---|
| M. Anderson Berry<br>**Clayeo C Arnold,**<br>**A Professional Law Corp.**<br>865 Howe Avenue<br>Sacramento, CA 95825<br>aberry@justice4you.com<br><br>Rachele R. Byrd<br>**Wolf Haldenstein Adler**<br>**Freeman & Herz LLP**<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>byrd@whafh.com | Jon P. Kardassakis<br>**Lewis Brisbois Bisgaard & Smith LLP**<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Jon.Kardassakis@lewisbrisbois.com |

**¿Tiene alguna pregunta? Llame al 1-888-232-9896 o visite**
**www.KingsSeafoodClassActionSettlement.com**

7

**19. ¿Qué diferencia hay entre objetar y pedir que me excluyan?**

Objetar es decirle al Tribunal que no está de acuerdo con la Conciliación y por qué considera que el Tribunal no debería aprobarla. Solo puede objetar si no se excluye de la Conciliación de la Demanda Colectiva. Excluirse implica decirle al Tribunal que no quiere ser parte de la Conciliación de la Demanda Colectiva. Si se excluye, no tendrá ningún fundamento para objetar porque el caso ya no le incumbirá.

# AUDIENCIA DE APROBACIÓN FINAL DEL TRIBUNAL

**20. ¿Cuándo y dónde decidirá el Tribunal si se aprueba la Conciliación?**

El Tribunal celebrará una Audiencia de Aprobación Final el 13 de febrero de 2023 a la 1:30 p. m. en el Edificio Federal Ronald Reagan y Palacio de Justicia de los Estados Unidos, en 411 West Fourth Street, Sala 9 B, Santa Ana, CA, 92701-4516. En esta audiencia, el Tribunal analizará si la Conciliación es justa, razonable y adecuada. El Tribunal tomará en cuenta toda objeción escrita debidamente presentada, y también puede escuchar a las personas que soliciten hablar en la audiencia (vea la Pregunta 18). El Tribunal también decidirá si aprueba o no el pago de los honorarios y costos del Abogado de la Conciliación de la Demanda Colectiva y la adjudicación de servicios para el Demandante Representante.

**21. ¿Tengo que asistir a la Audiencia de Aprobación Final?**

No. El Abogado de la Conciliación de la Demanda Colectiva presentará el Acuerdo de Conciliación al Tribunal. Usted o su propio abogado pueden asistir por su cuenta, pero no están obligados a hacerlo. Si envía una objeción, no tiene que acudir al Tribunal para hablar de ello. Siempre y cuando haya presentado su objeción por escrito a tiempo ante el Tribunal y la haya entregado de acuerdo con las instrucciones brindadas en la pregunta 18, el Tribunal la tomará en cuenta.

**22. ¿Puedo hablar en la Audiencia de Aprobación Final?**

Puede pedirle permiso al Tribunal para hablar en la Audiencia de Aprobación Final. Para hacerlo, debe presentar y entregar una objeción de acuerdo con las instrucciones de la pregunta 18, incluida toda la información requerida.

# SI NO HACE NADA

**23. ¿Qué sucede si no hago nada?**

Si no hace nada, no obtendrá beneficios monetarios a partir de esta Conciliación. Una vez que el Tribunal otorgue la aprobación final de la Conciliación y que el dictamen se vuelva definitivo, usted ya nunca podrá entablar una demanda, continuar con una demanda ni ser parte de otras demandas contra King's Seafood relacionadas con los asuntos legales de este caso.

Debe excluirse de la Conciliación si desea conservar el derecho de demandar a King's Seafood por los reclamos resueltos mediante esta Conciliación.

**¿Tiene alguna pregunta? Llame al 1-888-232-9896 o visite**
**www.KingsSeafoodClassActionSettlement.com**

8

# OBTENER MÁS INFORMACIÓN

**24. ¿Cómo obtengo más información?**

Este Aviso solo brinda un resumen de la Conciliación propuesta. Puede encontrar la información completa sobre la Conciliación en el Acuerdo de Conciliación, disponible en www.KingsSeafoodClassActionSettlement.com. También puede:

1. Escribir a:

   Bowdle v. King's Seafood Settlement
   c/o Atticus Administration
   P.O. Box 64053
   St. Paul, MN 55164

2. Visite el sitio web de la Conciliación en: www.KingsSeafoodClassActionSettlement.com

3. Llame al número sin costo: 1-888-232-9896

4. Enviar un correo electrónico: KingsSeafoodClassActionSettlement@atticusadmin.com.

**<u>NO</u> LLAME AL TRIBUNAL NI AL JUEZ SI TIENE PREGUNTAS SOBRE EL PROCESO DE CONCILIACIÓN O DE RECLAMO.**

**¿Tiene alguna pregunta? Llame al 1-888-232-9896 o visite www.KingsSeafoodClassActionSettlement.com**

9

**Su Formulario de Reclamo debe enviarse antes del 20 de enero de 2023**

Bowdle v. King's Seafood Settlement
c/o Atticus Administration Claims Administrator
P.O. Box 64053
St. Paul, MN 55164

### *Bowdle contra King's Seafood Company, LLC*
En el Tribunal de Distrito de los Estados Unidos para el Distrito Central de California
(Caso n.º 8:21-cv-01784-CJC-JDE)

### Formulario de Reclamo

Este Formulario de Reclamo debe llenarse en línea o enviarse por correo si usted es residente de los EE. UU. y recibió un aviso en agosto de 2021 o alrededor de esa fecha por parte de King's Seafood Company, LLC ("King's Seafood") de un ataque cibernético cometido en King's Seafood a partir del 4 de junio de 2021 o alrededor de esa fecha (el "Incidente de Seguridad de Datos"). Los posibles beneficios incluyen el reembolso de pérdidas por gastos de bolsillo, el reembolso de pérdidas por gastos extraordinarios, el pago por el tiempo perdido dedicado directamente a atender el incidente de seguridad de datos, y servicios de protección de la identidad y monitoreo de crédito. Puede obtener un pago u otro beneficio si llena este Formulario de Reclamo, si se aprueba la Conciliación y si se determina que reúne los requisitos para un pago u otro beneficio.

En el Aviso de Conciliación se describen sus derechos y opciones legales. Visite el sitio web oficial de Conciliaciones, www.KingsSeafoodClassActionSettlement.com, o llame al 1-888-232-9896 para obtener más información.

Si desea presentar un reclamo para el pago de una Conciliación u otro beneficio, debe proporcionar los datos solicitados a continuación. Escriba claramente en letra de imprenta con tinta azul o negra. Este Formulario de Reclamo debe enviarse por correo, y el sello postal debe tener fecha del **20 de enero de 2023 o una fecha anterior.**

PARA RECIBIR LOS BENEFICIOS DERIVADOS DE ESTA CONCILIACIÓN, DEBE PROPORCIONAR TODA LA INFORMACIÓN REQUERIDA (*) A CONTINUACIÓN Y FIRMAR ESTE FORMULARIO DE RECLAMO, EL CUAL SOLO DEBE USARSE SI EL RECLAMO SE ENVÍA POR CORREO Y NO SE PRESENTA EN LÍNEA. TAMBIÉN PUEDE HACER SU RECLAMO EN LÍNEA, EN www.KingsSeafoodClassActionSettlement.com.

## 1. INFORMACIÓN SOBRE LOS PARTICIPANTES DE LA DEMANDA COLECTIVA.

Nombre de pila*                                                    Inicial del segundo nombre

Apellido*                                                          Sufijo

Domicilio principal*

Depto./Piso/Suite

Ciudad*                                          Estado*        Código postal*

N.° de teléfono. actual          N.° de identificación del reclamante

Si su dirección actual está fuera de los Estados Unidos, llene este Formulario de Reclamo en línea, en www.KingsSeafoodClassActionSettlement.com y seleccione la casilla de verificación que aparece en la página de Información sobre los Participantes de la Demanda, que dice: "Please check if this is a non-U.S. address" (Verifique si es una dirección que no está dentro de EE. UU.).

El Número de Identificación del Reclamo de Conciliación aparece en el Aviso que recibió por correo. Si ya no tiene el Aviso, comuníquese con el Administrador de Reclamos al 1-888-232-9896.

## 2. SERVICIOS DE PROTECCIÓN DE LA IDENTIDAD Y MONITOREO DE CRÉDITO.

Consulte el Aviso y párrafo 2.1 del Acuerdo de Conciliación para obtener más información sobre la protección contra el robo de identidad llamada Defensa de identidad completa, que se ofrece como parte de la Conciliación. Esto se ofrece además de cualquier otro pago que deba realizarse en virtud de esta Conciliación.

**PROPORCIONE LA INFORMACIÓN QUE SE INDICA A CONTINUACIÓN:**

Marque la casilla si decide recibir dos años de protección gratuita contra el robo de identidad, llamada Defensa de identidad completa, que se proporcionará además de cualquier otra protección contra el robo de identidad o monitoreo de crédito brindada por King's Seafood Company, LLC.

☐ **Sí, me gustaría recibir dos años de protección gratuita contra el robo de identidad como parte de la Conciliación, incluidos dos (2) años adicionales de servicios de monitoreo y protección a partir de la fecha de vencimiento de cualquier servicio de monitoreo y protección que ya haya recibido a través del Demandado.**

## 3. INFORMACIÓN SOBRE LA ELEGIBILIDAD PARA EL PAGO.

Consulte el Aviso y párrafo 2.2 del Acuerdo de Conciliación para obtener más información sobre quién es elegible para el pago y la naturaleza de los gastos o las pérdidas que se pueden reclamar.

Proporcione tanta información como pueda para ayudarnos a determinar si tiene derecho a recibir un pago o algún otro beneficio a partir de una conciliación.

**PROPORCIONE LA INFORMACIÓN QUE SE INDICA A CONTINUACIÓN:**

Marque las casillas correspondientes a las categorías de gastos o tiempo perdido derivados del Incidente de Seguridad de Datos. Asegúrese de escribir el monto total que reclama en cada categoría y de adjuntar la documentación de los cargos como se especifica en negrita (si proporciona estados de cuenta como parte de las pruebas requeridas para cualquier parte de su reclamo, puede tachar las transacciones no relacionadas si lo desea). Tenga en cuenta que la indemnización se limita a $450 por persona para pérdidas ordinarias, incluidos montos por tiempo perdido de hasta $60 y de hasta $3,000 para pérdidas extraordinarias.

Debe proporcionar una descripción de los cargos o el tiempo por los que desea que se le reembolse.

☐ **Gastos o pérdida de tiempo ordinarios y documentados derivados del Incidente de Seguridad de Datos. Esta categoría tiene un límite de $450 e incluye montos por tiempo perdido.**

☐ **Reembolso por el tiempo dedicado a atender el incidente de seguridad de datos**

**Ejemplos:** Pasó una hora comunicándose con su banco o realizando el monitoreo de crédito, o verificando sus estados de cuenta como consecuencia del Incidente de Seguridad de Datos. La indemnización de esta categoría se paga a $20 por hora, por hasta 3 horas.

☐ 1 hora                 ☐ 2 horas                 ☐ 3 horas

| Explicación del tiempo invertido (Explique lo que hizo por actividad y el motivo) | Fechas aproximadas (si se conocen) | Tiempo invertido en la actividad |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

☐ **Gastos de bolsillo documentados/reembolso de tarifas pagadas por servicios o productos adquiridos como consecuencia del Incidente de Seguridad de Datos**

*Debe proporcionar documentación de respaldo.* Los tipos de gastos de bolsillo y tarifas que se reembolsarán son:

(1) costos derivados del acceso o la congelación/descongelación de informes de crédito con cualquier agencia de informes de crédito u otra entidad;

(2) otros gastos en los que se haya incurrido, concretamente, de franqueo, copiado, escaneo, envíos por fax, kilometraje y otros cargos relacionados con el viaje, estacionamiento, cargos notariales, cargos de investigación, cargos de teléfono celular (solo si se cobran por minuto), cargos telefónicos de larga distancia, cargos por uso de datos (solo si se cobran en función de la cantidad de datos utilizados), comisiones bancarias, honorarios de contadores y de abogados, todos los cuales debe poder comprobarse que se pagaron como consecuencia del Incidente de Seguridad de Datos, y dichos gastos no deben haber sido reembolsados previamente por un tercero; y

(3) cargos por informes de crédito, monitoreo de crédito u otro producto de seguro contra el robo de identidad adquirido entre el 4 de junio de 2021 y el 20 de enero de 2023.

| Tipos de gastos | Monto aproximado del gasto y fecha | Descripción del gasto o dinero pagado y documentos de respaldo (Explique lo que adjunta y cómo se relaciona con el incidente de datos). |
|---|---|---|
| | $<br>Fecha<br><br>$<br>Fecha | |
| | | |
| | | |
| | | |
| | | |

**Monto total en esta categoría: $_____**

*Si desea recibir el reembolso de los gastos de bolsillo, adjunte una copia de un estado de cuenta o recibo de la empresa que le cobró, donde aparezca el monto de los cargos en los que incurrió. La documentación que cree podría enviarse, pero es posible que no resulte suficiente.*

Puede tachar cualquier transacción que no sea relevante para su reclamo antes de enviar la documentación.

☐ **Pérdidas extraordinarias documentadas: pérdidas monetarias documentadas derivadas del robo de identidad real en las que se incurrió como consecuencia del Incidente de seguridad de datos. Esta categoría tiene un límite de $3,000.**

Los reembolsos de esta categoría son para aquellos que sufrieron un robo de identidad real debido al Incidente de seguridad de datos. El reembolso debe (1) ser por pérdidas reales, documentadas y no reembolsadas; (2) ser lo suficientemente rastreable para que pueda asociarse con el Incidente de Seguridad de Datos; (3) hacerse entre el 4 de junio de 2021 y el 20 de enero de 2023; y (4) no estar ya cubierto por algún seguro existente de robo de identidad u otro seguro.

| Monto aproximado perdido y fecha | Descripción de las pérdidas y los documentos de respaldo (Explique lo que adjunta y cómo se relaciona con el Incidente de Datos) |
|---|---|
| $ | |
| | |
| Fecha: | |
| | |
| | |

**Monto total en esta categoría: $_____**

*Si solicita un reembolso por pérdidas extraordinarias, adjunte una copia de las declaraciones u otros documentos en los que aparezca el monto perdido. La documentación que recopile puede enviarse, pero es posible que no resulte suficiente.*

Puede tachar cualquier transacción que no sea relevante para su reclamo antes de enviar la documentación.

## 4. FIRME Y FECHE EL FORMULARIO DE RECLAMO.

Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos y de mi estado de residencia que la información proporcionada en este Formulario de Reclamo por el abajo firmante es verdadera y correcta hasta donde recuerdo, y que este formulario se firmó en la fecha que se indica a continuación. Entiendo que el Administrador de Conciliaciones puede pedirme que proporcione información complementaria antes de que mi reclamo se considere completo y válido.

_____     _____     _____
Firma                                  Letra de molde                    Fecha

## 5. LISTA DE VERIFICACIÓN DE RECORDATORIOS

1. Conserve copias del Formulario de Reclamo llenado y de la documentación para sus propios registros.

2. Si cambia su domicilio o si necesita hacer alguna corrección al domicilio que aparece en este Formulario de Reclamo, visite el sitio web de administración de conciliaciones en www.KingsSeafoodClassActionSettlement.com y llene el formulario "Update Contact Information" (Actualizar información de contacto) o envíe un aviso por escrito de su nueva dirección. Asegúrese de incluir el número de identificación de su Reclamo de Conciliación y su número de teléfono en caso de que necesitemos comunicarnos con usted para completar su solicitud.

3. Si necesita complementar su reclamo con documentación adicional, visite el sitio web de administración de conciliaciones en www.KingsSeafoodClassActionSettlement.com y proporcione estos documentos completando la Carga de Documentación Suplementaria Correspondiente al Formulario de Reclamo.

4. Para obtener más información, visite el sitio web de administración de conciliaciones en www.KingsSeafoodClassActionSettlement.com o llame al Administrador de Conciliaciones al 1-888-232-9896. No llame al Tribunal ni al Secretario del Tribunal.

**EXHIBIT D**

**Subject line: Settlement Benefits Update – King's Seafood Class Action**

Hello.  We previously mailed to you a notice about a class action settlement involving a company named King's Seafood and benefits potentially available to you under the settlement.  Our records indicate you have not filed a Claim as part of the settlement or taken other actions available to you under the settlement.  For convenience, we provide the current notice for that settlement and encourage you to review it.  The notice also contains a settlement claim ID unique to you. Please note that some deadlines have passed but the time to make a claim has not.

If you have questions about the validity of this communication, please visit the settlement website at **www.KingsSeafoodClassActionSettlement.com**.

**_A federal court ordered this Notice_.**
*This is not a solicitation from a lawyer.*

**Individuals sent a notice in August 2021 from King's Seafood Company, LLC about a data security incident may be eligible for cash and other benefits from a class action Settlement.**

A Settlement has been reached in a class action against King's Seafood Company, LLC ("King's Seafood") in a lawsuit filed against King's Seafood asserting claims relating to a cyberattack during which a hacker gained access, beginning on June 4, 2021, to personally identifiable information ("PII") stored by King's Seafood ("Data Security Incident"). King's Seafood announced the Data Security Incident in August of 2021.  King's Seafood denies all of the claims and says it did not do anything wrong.

**WHAT CAN I GET?**  The settlement provides two types of **payments** to people who submit a valid claim form:

> (1) reimbursement of up to **$450** per Settlement Class Member in reimbursement for out-of-pocket expenses and lost time (up to 3 hours at **$20/hr**.) incurred as a result of the Data Security Incident; and

> (2) reimbursement of up to **$3,000** in extraordinary losses incurred from identity theft fairly traceable to the Data Security Incident.  The above amounts are subject to pro-ration if the total of all approved claims exceeds $350,000.

**WHO IS INCLUDED?  You received this Notice because King's Seafood's records show you are a member of the Class.**  The Class includes all residents of the United States to whom King's Seafood sent notice concerning a Data Security Incident that took place on or around June 4, 2021.

In addition to the payments listed above, the Settlement also provides all Settlement Class Members with access to Identity Defense Complete identity protection and credit monitoring services for a period of two (2) years.  The commencement of protection and monitoring will begin on the Effective Date of the Settlement and will remain available for commencement for 90 days thereafter.

**CLAIM FORM.** You must submit a Claim Form to receive a cash payment for (1) documented out-of-pocket expenses incurred as a result of the Data Security Incident, (2) payment for time spent dealing with the Data Security Incident, (3) documented extraordinary losses incurred as a result of identity theft fairly traceable to the Data Security Incident, and/or (4) identity protection and credit monitoring services.  You can submit a claim online or download a Claim Form at www.KingsSeafoodClassActionSettlement.com and mail it, or you may call 1-888-232-9896 and ask that a Claim Form be mailed to you.  The claim filing deadline is **January 20, 2023**.

**OTHER OPTIONS**.  If you do not want to be legally bound by the Settlement, you must exclude yourself by **December 21, 2022**.  If you stay in the Settlement, you may object to it by **December 21, 2022**.  A more detailed Notice is available to explain how to exclude yourself or object.  Please visit the website at: www.KingsSeafoodClassActionSettlement.com or call the toll-free number **1-888-232-9896** for a copy of the more detailed Notice. On **February 13, 2023 at 1:30 p.m.** the Court will hold a Final Fairness Hearing to determine whether to approve the Settlement, Settlement Class Counsel's request for attorneys' fees and costs of up to $192,500, and an incentive award of $1,750 for the Settlement Class Representative.  You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to.  This is only a summary.  For more information, call or visit the website below.

**SETTLEMENT CLAIM ID: <<CLAIMANT ID>>**

**Questions?  Call 1-888-232-9896 or visit www.KingsSeafoodClassActionSettlement.com**