**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JON P. KARDASSAKIS, SB# 90602
E-Mail: Jon.Kardassakis@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant KING'S SEAFOOD COMPANY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN BOWDLE,<br><br>  Plaintiff,<br><br>  vs.<br><br>KING'S SEAFOOD COMPANY, LLC,<br><br>  Defendant. | Case No. 8:21-cv-01784-CJC-JDE<br><br>**DECLARATION OF RICHARD FIORE**<br><br>Hearing Date: February 13, 2023<br>Time:         1:30 p.m.<br>Ct. Rm:       9B<br>Judge: Hon. Cormac J. Carney |

I, Richard Fiore, declare as follows:

1. I am the Chief Financial Officer of King's Seafood Company, LLC ("King's Seafood"). I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify to the matters stated herein.

2. King's Seafood was the subject of a data security incident in June of 2021 ("Incident"). The Incident is the subject of this class action lawsuit, filed by Jonathan Bowdle ("Lawsuit").

3. King's Seafood responded to the Incident by, among other actions, investing in enhancements to its existing cyber security system ("System Enhancements").

4. King's Seafood invested in the System Enhancements to provide supplemental and additional protections to the data on its network, including the information of Mr. Bowdle and others whose information potentially may have been impacted by the Incident.

5. King's Seafood also believed implementation of the System Enhancements would serve as a preemptive measure to help address allegations in any subsequent litigation pertaining to the Incident, which litigation ultimately emerged in the form of the Lawsuit.

6. King's Seafood estimates its initial spend on the System Enhancements, invested over roughly a 12-month period, is valued at approximately $300,000.

7. To advance settlement in the Lawsuit, and in addition to the initial investment in the System Enhancements, King's Seafood committed to continuing and supporting the System Enhancements for a total of 36 months running from July of 2021.

8. The value of continuing System Enhancements for the 24 months beyond the investments made in the initial 12 months is estimated to be in the range of $300,000 to $350,000.

9. The value of the System Enhancements for the identified 36 months is estimated to be in the range of $600,000 to $650,000.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed January 12, 2023 at Costa Mesa, CA.

RICHARD FIORE