RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com

M. ANDERSON BERRY (262879)
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916)239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com

*Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BOWDLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KING'S SEAFOOD COMPANY, LLC,<br><br>Defendant. | Case No. 8:21-cv-01784-CJC-JDE<br><br>**DECLARATION OF GERALD THOMPSON** |

GvT
12-29-22

I, Gerald W. Thompson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. My name is Gerald W. Thompson. I am over the age of 21 years and competent to testify in matters set forth in this declaration. I have personal knowledge of the matters stated herein.

2. I am the current Executive Vice President at Pango Group, a division of Aura Group & Intersections LLC, a technology company dedicated to simplifying digital security for consumers. Our company has protected more than 47 million U.S. citizens and 2 million families since our founding in 1995.

3. Aura is an A+ Better Business Bureau accredited company with a 4.5 rating on the App store, 4.7 on Trustpilot and is rated the #1 Identity Theft Solution on Security.org.

4. As part of the settlement agreement in this action, Pango will provide our Identity Defense Complete service to those who enroll for a period of two (2) years even if the Settlement Class Member is not seeking reimbursement for Ordinary Losses, Extraordinary Losses, or Lost Time. This benefit will be provided to Settlement Class Members who file a claim and select this benefit, and those Settlement Class Members will be provided with a code to be used directly with Pango's Identity Defense Complete service.

5. Identity Defense Complete works to protect consumers from financial fraud and identity theft. Those Settlement Class Members who enroll in Identity Defense Complete will receive protection and assistance in the event of fraud and identity theft regardless of the source.

6. Identity Defense Complete offers monitoring and protection services not present in typical credit monitoring or identity theft services, including the following:

      a) **Credit Monitoring** provided by one of the 3 Credit Bureaus. This Service provides immediate notifications (via alerts, both text and email) to any Class Member whose credit profile has changed due to a recent inquiry or event.

      b) **Security Freeze Capability** to let consumers take control of their credit data not only at the three (3) major credit bureaus but also at seven (7) other bureaus that can act as an early warning for a fraud event.

      c) **Dark Web Monitoring** on 17 different data points that will allow the service to give our members early warning that their PII is in play in the criminal arena.

      d) **Monthly Credit Score** is provided as well as an annual update so consumers can see the current score and their trend over a 12-month period

      e) **Authentication Alerts** are sent to our members when their SSN is used as part of an Identity Verification Event.

      f) **High Risk Transaction Monitoring** that looks for our members' PII that is included in transactions like Payday Loans, new credit account openings, and the like to verify that these are legitimate events.

      g) **USPS Address change Alerts** a basic service that alerts if a person's address is being sued for malicious purposes

      h) **Lost Wallet Protection** is provided to every member. If your wallet is lost or stolen our support team will help the member cancel and order replacement cards and arrange for cash to be sent via Western Union if necessary

      i) **Identity and Financial Fraud restoration services** from the longest tenured and most experienced customer support team in our industry.

      j) **$1 million in Insurance provided by AIG** to replace any funds lost via fraud or identity theft and the reimbursement of any personal expenses including professional fees, lost wages, postage and messenger services, and much more.

7. Individuals can feel secure signing up for the Identity Defense Complete service as all PII provided to Pango for the purposes of enrolling in the service is secured with 254-AES (Advanced Encryption Standard), the same encryption technology generally used by major banks and the U.S. Military.

8. The commencement of protection and monitoring will begin upon the Effective Date of the settlement and will remain available for commencement for 90 days thereafter.

9. Identity Defense Complete is sold to consumers for a range of $5 - $7 per month per subscriber. Using the lower amount, the value of providing Identity Defense Complete to the 2,958 individuals who were sent the class notice is $354,960.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 29, 2022 in Sparta, New Jersey.

_____
Gerald W. Thompson