UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-01784-CJC (JDEx) | Date | February 13, 2023 |
| Title | Jonathan Bowdle v. King's Seafood Company, LLC | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal
Deputy Clerk

Debbie Hino-Spaan
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

Anderson Berry

ATTORNEYS PRESENT FOR DEFENDANT:

Jon Kardassakis

PROCEEDINGS:  **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [36], [37], [38]**

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD TO PLAINTIFF [39]**

Cause is called for hearing and counsel make their appearances. The Court's tentative ruling is issued. The Court takes the Motion under submission. Order to issue.

: 03

Initials of Deputy Clerk   rrp